# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-1332 (ABJ) |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) ) ) ) ) | |
| *Defendant*. | ) ) | |

## PROPOSED ORDER

Upon Consideration of Plaintiff's Unopposed Motion to Enlarge Page Limit for Plaintiff's Opposition to Defendant's Motion to Dismiss ("Motion"), and the entire record herein, it is by the Court this __ day of November, 2012, ORDERED

THAT the Motion is GRANTED.  It is further ORDERED

THAT the page limit for Plaintiff's opposition to defendant's Motion to Dismiss (Oct. 15, 2012) (ECF No. 13) be and hereby is enlarged to 60 pages.


_____
AMY BERMAN JACKSON
U.S. District Judge