IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                 *Plaintiff*,<br><br>    v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General of the United States,<br><br>                 *Defendant*. | Case No. 1:12-cv-1332-ABJ |

## NOTICE

Plaintiff Committee on Oversight and Government Reform of the United States House of Representatives ("Committee") respectfully submits this notice of its recent submission of its First Amended Complaint (Jan. 15, 2013) (ECF No. 35). For the Court's convenience, the Committee attaches as Exhibit 1 hereto a redline comparing the First Amended Complaint to the Committee's original Complaint (Aug. 13, 2012) (ECF No. 1).

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, General Counsel
   D.C. Bar No. 386816
WILLIAM PITTARD, Deputy General Counsel
   D.C. Bar No. 482949
CHRISTINE DAVENPORT, Sr. Assistant Counsel
TODD B. TATELMAN, Assistant Counsel
MARY BETH WALKER, Assistant Counsel
   D.C. Bar No. 501033
ELENI M. ROUMEL, Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

January 16, 2013

## CERTIFICATE OF SERVICE

I certify that on January 16, 2013, I served one copy of the foregoing Notice by CM/ECF on all registered parties and by electronic mail (.pdf format), on:

>Ian H. Gershengorn, Deputy Assistant Attorney General
>John R. Tyler, Assistant Branch Director
>Eric R. Womack, Trial Attorney
>Gregory P. Dworkowitz, Trial Attorney
>Luke M. Jones, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE
>Civil Division
>Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, D.C. 20001
>ian.gershengorn@usdoj.gov
>john.tyler@usdoj.gov
>eric.womack@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>luke.jones@usdoj.gov

>*/s/ Kerry W. Kircher*
>Kerry W. Kircher