# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General of the United States,<br><br>*Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

## JOINT STATUS REPORT

**Plaintiff:** Since the parties' last Joint Status Report (Mar. 15, 2013) (ECF No. 40), the following communications concerning settlement have occurred:

- On March 26, 2013, per the Court's Order (Mar. 18, 2013) (ECF No. 41), Plaintiff Committee on Oversight and Government Reform of the United States House of Representatives ("Committee"), through counsel, and the Department of Justice ("Department"), on behalf of Defendant Attorney General Eric H. Holder, Jr., engaged in an all-day mediation session with the Honorable Barbara J. Rothstein.

- As a result of the mediation, Committee counsel, on April 1, 2013, provided the Department with a modified, signature-ready settlement document.

- On April 11, 2013, the Department responded by letter to the Committee's April 1, 2013 modified, signature-ready settlement document.

- The next day, April 12, 2013, Committee counsel responded by letter to the Department's April 11, 2013 letter.

- The Department, in turn, responded by letter on April 18, 2013.

- The Department's April 18, 2013 letter does not require a response.

As things now stand, the Committee does not believe the Attorney General is motivated to compromise his position in a manner that will result in the delivery of sufficiently useful documents to the Committee in the foreseeable future.  While it is, of course, possible that future developments in the case could cause the parties' settlement calculations to change – *cf. Comm. on the Judiciary, U.S. House of Representatives v. Miers*, 558 F. Supp. 2d 53, 98-99 (D.D.C. 2008) ("[T]his decision [denying the Department's motion to dismiss in a congressional subpoena enforcement action against Executive Branch officials] does not foreclose the accommodations process; if anything, it should provide the impetus to revisit negotiations.") – it does not appear that a settlement is achievable at this time.

**Defendant**:  The Department has been, and remains, willing to compromise with the Committee and resolve this dispute in a manner that accommodates the legitimate institutional interests of both Branches.  Consistent with this Court's prior instructions and the Court's local rules, Defendant will not delve into the specific substance of the parties' confidential settlement offers or mediation.  *See* Transcript of Status Conference of January 11, 2013, at 8.  It is sufficient to state that Defendant believes that mediation was productive, and remains open to further negotiations and accommodations (preferably through mediation), including the production of sensitive Executive Branch documents.  In light of Plaintiff's assertion that the Department's most recent letter "does not require a response," however, it is apparent that no settlement will be reached by April 22, 2013, the deadline for the present status report.

Accordingly, Defendant is preparing for oral argument on the Motion to Dismiss as scheduled for April 24, 2013.

    Respectfully submitted,

    */s/ Kerry W. Kircher*
    KERRY W. KIRCHER, D.C. Bar # 386816
    General Counsel
    WILLIAM PITTARD, D.C. Bar # 482949
    Deputy General Counsel
    CHRISTINE DAVENPORT
    Senior Assistant Counsel
    TODD B. TATELMAN
    Assistant Counsel
    MARY BETH WALKER, D.C. Bar # 501033
    Assistant Counsel
    ELENI M. ROUMEL
    Assistant Counsel

    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    219 Cannon House Office Building
    Washington, D.C.  20515
    Tel: (202) 225-9700
    Fax: (202) 226-1360

    *Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

    IAN HEATH GERSHENGORN
    Deputy Assistant Attorney General
    JOHN R. TYLER
    Assistant Branch Director
    */s/ Eric Womack*
    ERIC R. WOMACK
    (IL Bar No. 6279517)
    GREGORY DWORKOWITZ
    (NY Bar Registration No. 4796041)
    LUKE M. JONES
    (VA Bar No. 75053)
    Trial Attorneys


Case 1:12-cv-01332-ABJ   Document 42   Filed 04/22/13   Page 4 of 5

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
Washington, D.C.  20001
Tel: (202) 514-4020
Fax: (202) 616-8470
eric.womack@usdoj.gov

*Counsel for Defendant Eric H. Holder, Jr., Attorney General*

April 22, 2013

## CERTIFICATE OF SERVICE

I certify that on April 22, 2013, I served one copy of the foregoing Joint Status Report by

CM/ECF on all registered parties and by electronic mail (.pdf format), on:

>Ian Heath Gershengorn, Deputy Assistant Attorney General
>John R. Tyler, Assistant Branch Director
>Eric R. Womack, Trial Attorney
>Gregory P. Dworkowitz, Trial Attorney
>Luke M. Jones, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE,
>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
>Washington, D.C. 20001
>ian.gershengorn@usdoj.gov
>john.tyler@usdoj.gov
>eric.womack@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>luke.jones@usdoj.gov

>>*/s/ Kerry W. Kircher*
>>Kerry W. Kircher