IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, </br></br>*Plaintiff*, </br></br>v. </br></br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, </br></br>*Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

## NOTICE

Plaintiff Committee on Oversight and Government Reform of the United States House of Representatives ("Committee") respectfully advises the Court and the defendant that the Committee's counsel expects to refer, at the April 24, 2013, hearing on defendant's Motion to Dismiss, to the following published decision which is not cited in the Committee's Opposition to the Motion to Dismiss: *In re Grand Jury Subpoena*, 584 F.3d 175 (4th Cir. 2009).

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
CHRISTINE DAVENPORT
Senior Assistant Counsel
TODD B. TATELMAN
Assistant Counsel
MARY BETH WALKER, D.C. Bar # 501033
Assistant Counsel
ELENI M. ROUMEL
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
Tel: (202) 225-9700
Fax: (202) 226-1360

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

April 23, 2013

## CERTIFICATE OF SERVICE

I certify that on April 23, 2013, I served one copy of the foregoing Notice by CM/ECF on all registered parties and by electronic mail (.pdf format), on:

>Ian Heath Gershengorn, Deputy Assistant Attorney General
>John R. Tyler, Assistant Branch Director
>Eric R. Womack, Trial Attorney
>Gregory P. Dworkowitz, Trial Attorney
>Luke M. Jones, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE
>CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
>Washington, D.C. 20001
>ian.gershengorn@usdoj.gov
>john.tyler@usdoj.gov
>eric.womack@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>luke.jones@usdoj.gov

>*/s/ Kerry W. Kircher*
>Kerry W. Kircher