IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>　　　　　Defendant. | Case No. 1:12-cv-1332 (ABJ) |

**DEFENDANT'S NOTICE OF AUTHORITY**

Defendant hereby respectfully brings to the attention of the Court and plaintiff *Helms v. Master and/or Captain of SS Marshal Konev*, 620 F.Supp. 1488 (E.D. La. 1985), which counsel for defendant plans to discuss at the hearing scheduled for April 24, 2013, on defendant's motion to dismiss. Defendant did not cite this case in the briefing on that motion.

Dated: April 23, 2013                Respectfully submitted,

                                STUART F. DELERY
                                Acting Assistant Attorney General

                                IAN HEATH GERSHENGORN
                                Deputy Assistant Attorney General

                                JOSEPH H. HUNT
                                Director, Federal Programs Branch

                                JOHN R. TYLER
                                Assistant Branch Director

      */s/ Gregory Dworkowitz*
ERIC R. WOMACK
(IL Bar No. 6279517)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
LUKE M. JONES
(VA Bar No. 75053)
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-4020
Fax: (202) 616-8470
eric.womack@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I caused a true and correct copy of the foregoing Defendant's Notice of Authority to be served on plaintiff's counsel electronically by means of the Court's ECF system.

      */s/ Gregory Dworkowitz*
      GREGORY DWORKOWITZ