1

Sharon Bridgewater

2

1524 Harvest Lane
Superior Township, MI 48198
Sbridge11@yahoo.com

3

4

1-734-276-2464

5

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

7

8

9

CASE No. 1:12 CV-1332(ABJ)

10

)

  Sharon Bridgewater,                              )  **EX-PARTE APPLICATION AND/OR**

11

(A.K.A. Sharon Abusalem, Sharon Davis)   )  **MOTION WITH LEAVE TO FILE**
  Both individually and/or  on behalf of the  )  **COMPLAINT IN INTERVENTION**

12

(B & B Building Maintenance INC., a          )

13

dissolved Michigan and/or Georgia            )
Corporation,   Specialty Investment Group  )

14

L.L.C. A dissolved Georgia Company and    )
Specialty Global Investments Inc., a dissolved )

15

Nevada Corporation ), and                         )

16

Bridgewater & Company Inc.                      )
a California Corporation,                            )

17

                                                           )

18

                                                           )
         Intervenor -Plaintiffs                      )

19

                                                           )

20

                                                           )
                                                           )

21

                      Vs.                              )

22

Eric Holder Jr.,
An employee of the United States

23

Department of Justice is sued

24

individually

25

26

and *Et al's*

27

              Defendants,

28

-1-

RECEIVED
Mail Room

**MAY 1 6 2013**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE PLAINTIFF REQUEST AN EX-PARTE APPLICATION AND/OR

MOTION AND/OR LEAVE TO FILE  WITH LEAVE TO FILE COMPLAINT IN

INTERVENTION.

DATED: MAY 13, 2013

_____

SHARON BRIDGEWATER

### MEM. AND POINTS OF AUTHORITY

When a party intervenes a complaint should be filed.

DATED: May 13, 2013

_____

SHARON BRIDGEWATER

-2-

1  Sharon Bridgewater
2  1524 Harvest Lane
   Superior Township, MI 48198
3  Sbridge11@yahoo.com

4  1-734-276-2464

5

6              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
7

8                                          CASE No. 1:12 CV-1332(ABJ)

9

10 Sharon Bridgewater,                )
   (A.K.A. Sharon Abusalem, Sharon Davis) )   **DECLARATION IN SUPPORT OF THE**
11  individually and/or on behalf of the   )   **PLAINTIFFS EX-PARTE APPLICATION**
   (B & B Building Maintenance INC., a  )   **AND/OR MOTION WITH LEAVE TO**
12 dissolved Michigan and/or Georgia    )   **FILE COMPLAINT IN INTERVENTION**
   Corporation,  Specialty Investment Group )
13 L.L.C. A dissolved Georgia Company and )
   Specialty Global Investments Inc., a dissolved )
14 Nevada Corporation ), and            )
   Bridgewater & Company Inc.           )
15 a California Corporation,             )
                                        )
16                                      )
                                        )
17                                      )
         Intervenor -Plaintiffs         )
18                                      )
                                        )
19                  .                   )
                                        )
20                 Vs.                  )
                                        )
21 Eric Holder Jr.,
   An employee of the United States
22 Department of Justice is sued
   Individually
23

24 950 Pennsylvania Avenue, N.W. )
   Washington, D.C. 20530-0001
25

26

27 And *Et al's*

28 And Does John Does 1 thru 1000 inclusive

-3-

RECEIVED
Mail Room

MAY 1 6 2013

Angela D. Caesar. Clerk of Court
U.S. District Court. District of Co...

Defendants

## DECLARATION OF THE PLAINTIFFS EX-PARTE APPLICATION AND/OR MOTION WITH EX-PARTE APPLICATION AND/OR MOTION WITH LEAVE TO FILE COMPLAINT IN INTERVENTION

I, the Plaintiffs declare and state:

1. I have personal knowledge of all facts in this declaration and, if called as a witness, I could and would testify "competently" to them. I am requesting that the court issue this order on an ex parte basis because unless this matter is heard by the court immediately the following "great or irreparable injury" will occur that cannot be prevented, undone, or remedied by a later court order.

2. Notice was NOT given for the following reason:  I fear that the Defenants will kill me and/or cause great bodily harm and prevent from filing this action and/or Notice of this application would frustrate the purpose of the orders and the applicant would suffer immediate and irreparable harm if the adverse party learns that this order is being sought before it is entered and/or The following reasonable and good faith efforts were made to notify the adverse party from the period of August, 2008 and

-4-

continuing thru present of Federal False Claims complaint and further efforts to give

notice would be futile or unduly burdensome, because the Defendants continue to

stalk, harass, and hurt me and/or cause great bodily harm and/or falsely imprision me

without probable cause.

3. **THE EX-PARTE APPLICATION EX-PARTE APPLICATION AND/OR MOTION WITH LEAVE TO FILE COMPLAINT IN INTERVENTION WOULD HELP THIS CASE.**

**WHEREFORE,** the instant for ex-parte application and/or motion to file **EX-PARTE APPLICATION AND/OR MOTION WITH LEAVE TO FILE EX-COMPLAINT IN INTERVENTION** should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2013

At Washington DC

Dated: May 13, 2013

Sharon Bridgewater

-5-

1 | Sharon Bridgewater

2 | 1524 Harvest Lane
3 | Superior Township, MI 48198
    | Sbridge11@yahoo.com

4 | 1-734-276-2464
5

6 |                    **IN THE UNITED STATES DISTRICT COURT**
7 |                      **FOR THE DISTRICT OF COLUMBIA**

8

9 |                                          CASE No. 1:12 CV-1332

10 | Sharon Bridgewater,                              )
    | (A.K.A. Sharon Abusalem, Sharon Davis)          )
11 |  Both individually and/or on behalf of the       )   [PROPOSED]**ORDER GRANTING**
    | (B & B Building Maintenance INC., a dissolved )  **EX-PARTE APPLICATION AND**
12 | Michigan and/or Georgia Corporation,            )   **LEAVE TO FILE COMPLAINT IN**
    | Specialty Investment Group L.L.C. A dissolved ) **INTERVENTION**
13 | Georgia Company and Specialty                   )
14 | Global Investments Inc., a dissolved            )
    | Nevada Corporation ), and                       )
15 | Bridgewater & Company Inc.                       )
    | a California Corporation,                        )
16 |                                                  )
17 |                                                  )
    |              Intervenor -Plaintiffs             )
18 |                                                  )
19 |                                                  )
    |                                                  )
20 |                        Vs.                       )
21 |                                                  )
    | Eric Holder Jr.,
22 | An employee of the United States
    | Department of Justice is sued
23 | individually
24
25
26 | and Does 1 thru 1000 inclusive
27 |                        Defendants,
28 | _____

-6-

RECEIVED
Mail Room

MAY 1 6 2013

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

1    WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED, ADJUDGED and

2

3   DECREED that  EX-PARTE APPLICATION AND/OR MOTION WITH LEAVE TO FILE

4

5   COMPLAINT IN INTERVENTION is hereby GRANTED.

6

7        Signed this _____ day of _____, 2013

8

9

10

11

12   _____

13

14   AMY B. JACKSON

15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Sharon Bridgewater

2  1524 Harvest Lane
   Superior Township, MI 48198
3  Sbridge11@yahoo.com

4
   1-313-375-0351
5

6           **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF COLUMBIA**
7

8                                          CASE No. 1:12 CV-1332(ABJ)

9
                                    )
10                                  )  **EX-PARTE APPLICATION AND/OR**
    Sharon Bridgewater,             )  **MOTION WITH LEAVE TO FILE**
11  (A.K.A. Sharon Abusalem, Sharon Davis)  )  **UNDER SEAL**
     Both individually and/or  on behalf of the  )
12  (B & B Building Maintenance INC., a  )
    dissolved Michigan and/or Georgia  )
13  Corporation,   Specialty Investment Group  )
    L.L.C. A dissolved            Georgia  )
14  Company and  Specialty            )
    Global Investments Inc., a dissolved  )
15  Nevada Corporation ), and         )
    Bridgewater & Company Inc.        )
16  a California Corporation,         )
                                      )
17                                    )
                                      )
18         Intervenor -Plaintiffs     )
                                      )
19                                    )
                                      )
20
21                Vs.
22
23  Eric Holder Jr.,
    An employee of the United States is sued
24  individually
25
    United States Department of Justice )
26  950 Pennsylvania Avenue, N.W. )
    Washington, D.C. 20530-0001
27
28

-119-

RECEIVED
Mail Room

MAY 1 6 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Et al

Defendants,

THE PLAINTIFF REQUEST AN EX-PARTE APPLICATION AND/OR

MOTION AND/OR LEAVE TO FILE **EX-PARTE APPLICATION AND/OR MOTION**

**WITH LEAVE TO FILE UNDER SEAL, TO INTERVENE AS PLAINTIFFS,**

**COMPLAINT, AND OTHER SUPPORTING DOCUMENTS** UNDER SEAL.

PURSUANT TO FRCP AN INVESTIGATION IS UNDER WAY AND THIS IS CRIMINAL

AND MUST BE FILED UNDER SEAL. FOR THIS REASON THE PLAINTIFF REQUEST

AN EX-PARTE APPLICATION AND/OR MOTION WITH LEAVE TO FILE

**COMPLAINT, EX-PARTE AND OTHER SUPPORTING DOCUMENTS** UNDER SEAL

THE COMPLAINT.

DATED: MAY 13, 2013

SHARON BRIDGEWATER

-120-

## MEM. AND POINTS OF AUTHORITY

This criminal/civil complaint should be filed under seal when investigating criminal activities.

DATED: 5-13-2013

SHARON BRIDGEWATER

-121-