Leave to file GRANTED

Amy B. Jackson          6/4/13
United States District Judge   Date

1  Sharon Bridgewater

2  1524 Harvest Lane
   Superior Township, MI 48198
3  Sbridge11@yahoo.com

4  1-734-276-2464

5

6              IN THE UNITED STATES DISTRICT COURT
7                 FOR THE DISTRICT OF COLUMBIA

8

9                                    CASE No. 1:12 CV-1332(ABJ)

10                                        )
                                          )   EX-PARTE MOTION TO EXCEPT
11  COMMITTEE ON OVERSIGHT AND            )   FILING PERSONALLY AND
12  GOVERNMENT REFORM, UNITED             )   DECLARATION OF THE UNITED
    STATES HOUSE OF REPRESENTATIVES       )   STATES EX RELS SHARON
13                                        )   BRIDGEWATER QUI TAM RELATOR
                                          )   AND/ NOTICE OF "ERROR"
14              Vs.                       )   CERTIFICATE OF SERVICE, AND
15                                        )   OTHER DOCUMENTS FILED IN
    Eric Holder Jr.,                      )   ERROR AND/OR INCORRECTLY
16  In his official capacity as Attorney General of  )
    the United States                     )
17                                        )
18              Defendant,                )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )

22

23

24

25  ──────────────────────────────────────

26  MOTION TO EXCEPT FILING PERSONALLY AND/OR FROM PERSONAL CLERK

27

28

Plaintiff hereby moves this honorable District court Judge to except filings personally and/or from personal Clerk.

May 16, 2013                                                          Sharon Bridgewater

## DECLARATION

I, the Plaintiffs declare and state:

1. I am low on cash, I had to incorporate the motion with the declaration, please excuse. I have personal knowledge of all facts in this declaration and, if called as a witness, I could and would testify "competently" to them. I traveled from Michigan to Washington DC via the greyhound bus to the district of Columbia on May 13, 2013 to file my papers.(Many of my complaints and/or papers filed during the course of two-three years have been intercepted upon information and belief by Holder). I arrived at the US Federal District Court House in the District of Columbia, at approx. 2:48 P.M. I was very tired, and when I arrived, at least three clerks all were working behind the counter and/or sitting a their desk (one male and three females). I was the only person in the office wanting to file papers. I went to the desk with my papers, and asked for service, all either acted like they were busy and/or told me they were busy. I then demanded service. The "head" clerk, actions were not pleasant. I then told her that her about her actions as a US district Court Clerk. She told me she could not file my paper work. I immediately asked for Judge Jackson clerk, and told them I had a ex-parte temporary restraining order. She told me she was not available

And could not accept my filings. I then asked for her supervisor, and demanded she take my paper work. Her Supervivor then came to me used threat, coercion and force, told me they would not file my paper work until I altered my motions and/or complaint. I also filed the wrong motion to intervene, filed the wrong proof of service, filed everything wrong, I have not served via certified, or regular mail and/or any way made any personal service to Holder "any" papers, materials or filing in this case and/or complaints or anything relating to this case and/or Federal False Claims. The correct filing certificate of service is enclosed and attached and "WITHOUT SERVICE TO HOLDER." Upon information and belief Obama and/or Holder ordered, acted in joint participation with the clerks and others to act as such. They are now among the probable cause. I ask the court not to dismiss the case I will submit the correct filings soon.

I declare under penalty and perjury under the laws of the United States of America and/or the "50" States and/or Virginia, Maryland, and/or the District of Columbia, and/or Michigan, that the forgoing is true and correct.

Dated: May 16, 2013

Sharon Bridgewater

****************** **NOTICE OF FILING IN ERROR** *************************

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I am 18 years old and not a party to this action

My resident address is: 1524 Harvest Lane
　　　　　　　　　　　　Superior Township, MI  48198

My phone number is:   1-734-276-2464


I Sharon Bridgewater, (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment Group L.L.C. A dissolved Company and Specialty Global Investments Inc., a dissolved Nevada Corporation ), and Bridgewater & Company Inc.a California Corporation, hereby certify that on May 13, 2013 a true and correct copy of the foregoing has been served by to the United States Government oversight committee member CASE No. 1:12 CV-1332(ABJ)and I sent hand delivered in fully pre-paid on Certified Mail #7012047000074855024  (Oversight Committee) and


1. Sharon Bridgewater, Motion to Inventervene as Plaintiffs.(Mem and Points)and (Declaration)and proposed order
2. Ex-parte Motion to file Complaint Under Seal(Mem and Points) (and Declaration)and proposed order.
3. Ex-parte Application and/or motion for appointment of counsel mem and point) and (declaration) and proposed order.


TO: KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816 *at*: U.S. HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515 (202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives.*

　　　　　　　　　　　　　　　　　　　　　-   -

I certify that I am 18 years old and not a party to this action

My resident address is: 1524 Harvest Lane

                    Superior Township, MI  48198

My phone number is:   1-734-276-2464

I Sharon Bridgewater,  hereby certify that on May 13, 2013 I a true and correct copy of the foregoing has been served by ;

I am 18 years and not a party to this action.

My resident address is:  1524 Harvest Lane, Superior Township, MI 48198

I mailed from Washington DC the following documents:

1. Sharon Bridgewater, Motion to Inventervene as Plaintiffs.(Mem and Points)and (Declaration)and proposed order
2. Ex-parte Motion to file Complaint Under Seal(Mem and Points) (and Declaration)and proposed order.
3. Ex-parte Application and/or motion for appointment of counsel mem and point) and (declaration) and proposed order.

  I served the documents by enclosing them in an envelop and depositing them in with a sealed envelop with the United States postal service with the postage fully pre-paid.
The envelop was address and mailed as follows: to the underlined person.

     TO: <u>Eric  Holder Jr.  950  Pennviylvia Street,NW,Washington, DC20530-0001</u>
I declare under penalty and perjury under the laws of the United States of America and/or the "50" States and/or Virginia, Maryland, and/or the District of Columbia, and/or Michigan, that the forgoing is true and correct.

                                      Sharon Bridgewater

## CERTIFICATE OF SERVICE

I certify that I am 18 years old and not a party to this action

My resident address is: 1524 Harvest Lane
                        Superior Township, MI  48198

My phone number is:  1-734-276-2464

I Sharon Bridgewater, (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment Group L.L.C. A dissolved Company and Specialty Global Investments Inc., a dissolved Nevada Corporation ), and Bridgewater & Company Inc.a California Corporation, hereby certify that on May 13, 2013 a true and correct copy of the foregoing has been served by to the United States Government oversight committee member CASE No. 1:12 CV-1332(ABJ)and I sent hand delivered in fully pre-paid on Certified Mail #70120470000748550024  (Oversight Committee) and

1. Sharon Bridgewater, Motion to Inventervene as Plaintiffs.(Mem and Points)and (Declaration)and proposed order

2. Ex-parte Motion to file Complaint Under Seal(Mem and Points) (and Declaration)and proposed order.

3. Ex-parte Application and/or motion for appointment of counsel mem and point) and (declaration) and proposed order. TO: KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816 *at*: U.S. HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515 (202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives.*

I declare under penalty and perjury under the laws of the United States of America and/or the "50" States and/or Virginia, Maryland, and/or the District of Columbia, and/or Michigan, that the forgoing is true and correct.

_/s/ Sharon Bridgewater_

Sharon Bridgewater

## CERTIFICATE OF SERVICE

I certify that I am 18 years old and not a party to this action

My resident address is: 1163 M*** , Ypsilanti, MI, 48198

My phone number is: 734-716-3490

I mailed from Ypsilanti, MI the following documents:

I Sharon Bridgewater, (A.K.A. Sharon Abusalem, Sharon Davis) individually and/or on behalf of the(B & B Building Maintenance INC., a dissolved Michigan and/or Georgia Corporation, Specialty Investment Group L.L.C. A dissolved Company and Specialty Global Investments Inc., a dissolved Nevada Corporation ), and Bridgewater & Company Inc.a California Corporation, hereby certify that on May 16, 2013 a true and correct copy of the foregoing has been served by to the United States Government oversight committee member CASE No. 1:12 CV-1332(ABJ)and I sent

**EX-PARTE MOTION TO EXCEPT FILING PERSONALLY AND DECLARATION OF THE UNITED STATES EX RELS SHARON BRIDGEWATER QUI TAM RELATOR AND/ NOTICE OF "ERROR" CERTIFICATE OF SERVICE, AND OTHER DOCUMENTS FILED IN ERROR AND/OR INCORRECTLY WITH DECLARATION AND INCLUDED WITH MOTION.**

TO: KERRY W. KIRCHER, General Counsel D.C. Bar No. 386816 *at*: U.S. HOUSE OF REPRESENTATIVES 219 Cannon House Office Building Washington, D.C. 20515 (202) 225-9700 (telephone)(202) 226-1360 (facsimile)*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives.*

I declare under penalty and perjury under the laws of the United States of America and/or the "50" States and/or Virginia, Maryland, and/or the District of Columbia, and/or Michigan, that the forgoing is true and correct.

I served the documents by enclosing them in an envelop and depositing them in with a sealed envelop with the United States postal service with the postage fully pre-paid.

Sign: _[signature]_

Print Name: Michael Ferguson