## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>　　　　Defendant. | Case No. 1:12-cv-1332 (ABJ) |

### DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS
### IN LIGHT OF LAPSE OF APPROPRIATIONS

Defendant hereby moves for a stay of proceedings in the above-captioned case.

1.　　At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies. The Department does not know when funding will be restored by Congress.

2.　　Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.　　Defendant therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, Defendant will notify the Court as soon as Congress has appropriated funds for the Department. Defendant requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for Plaintiff has asked counsel for Defendant to indicate that Plaintiff opposes this motion and intends to file a short response.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay of proceedings in this case until Department of Justice attorneys and employees are permitted to resume their usual civil litigation functions.

Dated: October 1, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

   */s/ Gregory Dworkowitz*
ERIC R. WOMACK
(IL Bar No. 6279517)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
LUKE M. JONES
(VA Bar No. 75053)
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-4020
Fax: (202) 616-8470

eric.womack@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, I caused a true and correct copy of the foregoing Defendant's Motion for a Stay of Proceedings in Light of Lapse of Appropriations to be served on plaintiff's counsel electronically by means of the Court's ECF system.

 /s/ Gregory Dworkowitz
GREGORY DWORKOWITZ