**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND ) <br> GOVERNMENT REFORM, UNITED STATES ) <br> HOUSE OF REPRESENTATIVES, ) <br>     ) <br>     *Plaintiff*, ) <br>     ) <br>   v. ) <br>     ) <br> ERIC H. HOLDER, JR., ) <br> in his official capacity as Attorney General of the ) <br> United States, ) <br>     ) <br>     *Defendant*. ) | Case No. 1:12-cv-1332 (ABJ) |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS**

The Attorney General has moved to stay proceedings in this matter "until Congress has restored appropriations to the Department [of Justice]." The stated ground for the motion is that "[a]bsent an appropriation, Department . . . attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" Def.'s Mot. for a Stay of Proceedings in Light of Lapse of Appropriations (Oct. 1, 2013) (ECF No. 53) ("Motion") (quoting 31 U.S.C. § 1342). With respect, the Motion should be denied for two reasons.

First, the Motion is premature. At present, the parties only are obligated to do one thing: "submit by October 15, 2013 a joint proposed schedule for further proceedings in this matter." Order (Sept. 30, 2013) (ECF No. 51). October 15 is nearly two weeks away and it is certainly

conceivable that appropriations will be restored to the Department sufficiently in advance of that date to permit the Attorney General to comply with the Court's Order by that date.

Second and in any event, the Department's assertion that its employees may not work matters other than "emergencies involving the safety of human life or the protection of property," Mot. at 1, is belied by the Department's own Contingency Plan for the current lapse in appropriations. *See generally* U.S. Dep't of Justice, FY 2014 Contingency Plan (Sept. 30, 2013) ("Contingency Plan"), *available online* http://www.justice.gov/jmd/publications/doj-contingency-plan.pdf. That Contingency Plan clearly contemplates Department employees working on matters other than "emergencies involving the safety of human life or the protection of property," including on matters such as this case. *See id*. at 2 (noting Department's intent to exempt from furlough 96,300 of its 114,486 employees, i.e., more than 84% of its employees). In particular:

1. The Contingency Plan provides that Department employees may continue to work on matters the authority for which "arises by necessary implication." *Id*. at 1. This is such a matter in light of this Court's (i) September 30, 2013 Order, and (ii) publicly-announced decision to remain open for at least 10 business days during the current lapse in appropriations:

> In the event of a government shutdown on October 1, 2013, the federal judiciary will remain open for business for approximately 10 business days. On or around October 15, 2013, the Judiciary will reassess its situation and provide further guidance. All proceedings and deadlines remain in effect as scheduled, unless otherwise advised. Case Management/Electronic Case Files (CM/ECF) will remain in operation for the electronic filing of documents with courts.

United States District Court for the District of Columbia, Announcements from the courthouse, http://www.dcd.uscourts.gov/dcd/ (last visited Oct. 2, 2013) (red emphasis removed).

2. As the Court is aware, this case arises out of the President's assertion of executive privilege in the context of a subpoena issued by Plaintiff Committee on Oversight and Government Reform of the U.S. House of Representatives ("Committee") to the Attorney General in the discharge of the Committee's constitutional oversight function. *See* First Am. Compl. at 3, ¶¶ 14, 47 (Jan. 15, 2013) (ECF No. 35). And, not surprisingly, the Contingency Plan provides that Department employees may continue to work on matters "necessary to the discharge of the President's constitutional duties and powers." Contingency Plan at 1; *see also id.* at 6 (Department employees may continue "to provide legal advice on ongoing excepted functions of the Executive Branch, including matters of . . . presidential authority [presumably including "Executive privilege"], to the Attorney General, the Deputy Attorney General, [and] others within the Department").

3. The Contingency Plan provides that where the judiciary denies the Department's request for a delay in a civil case, the Department "will comply with the court's order." *Id*. at 3; *see also id.* at 7 ("If a court denies a litigator's request to postpone a case and orders it to continue, the litigation will become an excepted activity that can continue during the [appropriations] lapse.").

Under these circumstances – and particularly given that (i) the work required to comply with the Court's September 30, 2013 Order is de minimis, and (ii) the Committee already has been waiting for nearly two years for the subpoenaed documents – the Attorney General's Motion should be denied.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
CHRISTINE DAVENPORT
Senior Assistant Counsel
TODD B. TATELMAN
Assistant Counsel
MARY BETH WALKER, D.C. Bar # 501033
Assistant Counsel
ELENI M. ROUMEL
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
Tel: (202) 225-9700
Fax: (202) 226-1360

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

October 2, 2013

## CERTIFICATE OF SERVICE

I certify that on October 2, 2013, I served one copy of the foregoing Plaintiff's Response to Defendant's Motion for a Stay of Proceedings by CM/ECF on all registered parties and by electronic mail (.pdf format) as follows:

>Stuart F. Delery, Assistant Attorney General
>Ian Heath Gershengorn, Deputy Assistant Attorney General
>Kathleen R. Hartnett, Deputy Assistant Attorney General
>Joseph H. Hunt, Director, Federal Programs Branch
>John R. Tyler, Assistant Branch Director
>Eric R. Womack, Trial Attorney
>Gregory Dworkowitz, Trial Attorney
>Luke M. Jones, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
>Washington, D.C. 20001
>ian.gershengorn@usdoj.gov
>john.tyler@usdoj.gov
>eric.womack@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>luke.jones@usdoj.gov

>>*/s/ Kerry W. Kircher*
>>Kerry W. Kircher