**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General of the United States,<br><br>*Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

**PLAINTIFF'S NOTICE OF INTENT TO OPPOSE
DEFENDANT'S SECTION 1292(b) MOTION**

Counsel for the Attorney General advised us late in the afternoon on Friday, November 15, 2013, that the Attorney General intended to file with this Court a motion for certification pursuant to 28 U.S.C. § 1292(b), and asked whether the Committee would oppose that motion. We informed counsel that we would advise the Court of the Committee's position once we had reviewed the Attorney General's motion papers. *See* Def.'s Mot. for Certification of This Ct.'s Sept. 30, 2013 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) at 2 (Nov. 25, 2013) (ECF No. 57).

We now have reviewed the motion papers and respectfully advise that the Committee will oppose the Attorney General's § 1292(b) motion. The Committee will file its opposition with the Court on or before December 3, 2013, in accordance with the Court's October 30, 2013 Minute Order.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
CHRISTINE DAVENPORT
Senior Assistant Counsel
TODD B. TATELMAN
Assistant Counsel
MARY BETH WALKER, D.C. Bar # 501033
Assistant Counsel
ELENI M. ROUMEL
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.   20515
Tel: (202) 225-9700
Fax: (202) 226-1360

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

November 18, 2013

## CERTIFICATE OF SERVICE

I certify that on November 18, 2013, I served one copy of the foregoing Plaintiff's Notice of Intent to Oppose Defendant's Section 1292(b) Motion by CM/ECF on all registered parties and by electronic mail (.pdf format) as follows:

>John R. Tyler, Assistant Branch Director
>Eric R. Womack, Trial Attorney
>Gregory P. Dworkowitz, Trial Attorney
>Luke M. Jones, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE
>CIVIL DIVISION
>FEDERAL PROGRAMS BRANCH
>Washington, D.C.  20001
>john.tyler@usdoj.gov
>eric.womack@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>luke.jones@usdoj.gov

>*Counsel for Defendant*

*/s/ William Pittard*
William Pittard