*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S RESPONSE TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE

Ex. A



**U.S. Department of Justice**

Office of Legislative Affairs

---

Office of the Assistant Attorney General		*Washington, D.C. 20530*

May 2, 2011

The Honorable Darrell E. Issa
Chairman
Committee on Oversight and Government Reform
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Chairman:

     This supplements our previous responses to your letter, dated March 16, 2011, and your subpoena issued on March 31, 2011, to Kenneth Melson, Acting Director of the Department's Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Your letter and subpoena requested documents and other information relating to Project Gunrunner and Operation Fast and Furious, including materials concerning pending criminal investigations and the prosecution of twenty individuals on drug trafficking, gun trafficking, and money laundering charges that is scheduled for trial on June 7, 2011.

     Enclosed are 92 pages of documents responsive to your request. In addition, we have identified 466 pages of responsive documents that we are prepared to make available for review at the Department by Committee staff at any convenient time. We have substantial confidentiality interests in these materials because of their law enforcement sensitivity. They include information about federal law enforcement strategies, policies, and practices, the disclosure of which would be helpful to individuals who seek to evade our efforts to combat drug and firearms trafficking.

     We have made limited redactions in these documents to protect the identities of individuals who are involved in our investigations, law enforcement techniques, and other details relating to particular investigations. These redactions are important to protect the integrity of our law enforcement efforts as well as individual privacy interests.

The Honorable Darrell E. Issa
Page Two

    Our efforts to identify documents responsive to your subpoena are continuing and we will supplement this response as soon as possible. We hope this information is helpful. Please do not hesitate to contact this office if we can provide additional assistance regarding this or any other matter.

                Sincerely,

                Ronald Weich
                Assistant Attorney General

Enclosures

cc:    The Honorable Elijah E. Cummings
       Ranking Minority Member