*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S RESPONSE TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE

Ex. B



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General                                     *Washington, D.C. 20530*

January 11, 2012

The Honorable Darrell E. Issa
Chairman
Committee on Oversight and Government Reform
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Chairman:

    We write to renew our request for a transcript of the Committee's interview of former Acting ATF Director Kenneth Melson on July 4, 2011. At that time, Mr. Melson was represented by personal counsel and agency counsel was not present.

    We initially requested a copy of this transcript by letter dated July 21, 2011 and our request was denied by your response dated August 16, 2011. When my colleague, Associate Deputy Attorney General Steven Reich, and I met with you in mid-December, we asked that all transcripts of Committee interviews be provided to us and you agreed that the Committee would do so "by a date certain." To our surprise, following our meeting, your staff told us that we would not be provided with transcripts of any Committee interviews at which agency counsel was not present, including Mr. Melson's. Respectfully, we believe your staff's position to be inconsistent with your personal commitment to us, as well as with established professional practice for transcribed interviews and depositions. While we have expressed that view to your staff, we have not yet received the transcripts.

    We are particularly perplexed by this situation because excerpts from the transcript of Mr. Melson's interview were recently reported in the *Los Angeles Times*.[1] It had been our understanding that no one outside the Committee – including witnesses themselves – was provided with copies of witness interview transcripts. Now that the transcript of Mr. Melson's interview has been disclosed to the *Los Angeles Times*, however, we do not understand what possible justification exists for denying a copy to us.

    Given this development, we ask that you fulfill your commitment to us by providing copies of transcripts of interviews of Department witnesses, and, particularly, as a matter of

---

[1] http://articles.latimes.com/2011/dec/24/nation/la-na-fast-furious-20111225 (Mr. Melson's transcript "was recently obtained by the Washington bureau . . . .").

The Honorable Darrell E. Issa
Page Two

fundamental fairness, we ask that you provide a copy of the transcript of Mr. Melson's interview without further delay. Please do not hesitate to contact this office if you would like to discuss this matter further.

Sincerely,

Ronald Weich
Assistant Attorney General

cc:  The Honorable Elijah E. Cummings
     Ranking Minority Member