*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S RESPONSE TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE

Ex. G



**U.S. Department of Justice**

Office of Legislative Affairs

---

Office of the Assistant Attorney General          *Washington, D.C. 20530*

February 16, 2012

The Honorable Darrell E. Issa
Chairman
Committee on Oversight
 and Government Reform
U.S. House of Representatives
Washington, DC  20515

Dear Mr. Chairman:

   This supplements our previous responses to your subpoena dated October 11, 2011, which requested documents regarding the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) investigation known as Operation Fast and Furious and related matters, and your letter dated September 1, 2011, requesting documents and communications of six current or former employees in the United States Attorney's Office for the District of Arizona.

   We are delivering today to your office 304 pages of material.[1]  We have identified an additional 82 pages that we are prepared to make available at the Department for review by staff of your Committee, as well as staff of the Senate and House Committees on the Judiciary.  In addition to your letter of September 1, 2011, these documents are responsive to subpoena items 1 and 2.  Consistent with established third-agency practice, we have consulted with the Department of Homeland Security about responsive materials in this collection that implicate its equities and they are enclosed here.  We are in the process of consulting with the Department of State about documents that implicate its equities and we will supplement this response when that consultation completed.

   To assist the Committee in its oversight duties, we also appreciate the opportunity to provide relevant and necessary context for some of the documents in today's production.  Last October, we produced documents reflecting an interest on the part of the Arizona U.S. Attorney's Office in December 2010 and January 2011 in having either the Attorney General or the Deputy Attorney General participate in the late-January 2011 press conference announcing the Fast and Furious indictments.  Today's production includes similar documents.  As we noted back in October, neither the Attorney General nor the Deputy Attorney General attended that press conference and we have been advised that Dennis Burke, the former U.S. Attorney in

---

[1] These documents bear limited redactions to protect specific details about pending investigations, including text that would identify targets and sensitive techniques or disclose prosecutorial deliberations, plus limited information implicating individual privacy interests, such as employee cellular phone numbers or information about individuals who have been investigated but not prosecuted.  In addition, we have redacted text from multi-subject documents that is not responsive to your requests.  In response to requests from Chairman Smith and Chairman Leahy, we will deliver to the House and Senate Committees on the Judiciary the same documents that we deliver to you.

The Honorable Darrell E. Issa
Page Two

Arizona, has no recollection of raising the issue either with the Attorney General or Deputy Attorney General.

The Committee has already been made aware that, on the same day the Fast and Furious indictment was unsealed, the Department announced indictments in the Arizona case known as Flores. We previously have produced a press release dated January 25, 2011 announcing indictments in those two cases and related emails. Because the Flores case was charged by the Department's Criminal Division, a quote from the Criminal Division was included in the joint press release. Today's production includes additional emails relating to that press release.

Finally, we produce today a January 15, 2011 email among attorneys within the Arizona U.S. Attorney's Office reflecting that Mr. Burke was preparing for a telephone call with the Deputy Attorney General. The email is dated exactly one week after the tragic shooting of Representative Gabrielle Giffords and others in Tucson. In advance of the call, Mr. Burke solicited from attorneys in his office possible subjects to cover with the Deputy Attorney General. The majority of topics related to the Tucson shooting. One suggested topic was the status of the investigation relating to the murder of Customs and Border Protection Agent Brian Terry. As the Committee is aware, Mr. Burke has testified that, during this period, he was unaware of the inappropriate tactics used in Operation Fast and Furious.

We hope that this information is helpful. Our efforts to identify documents responsive to your subpoena are continuing and we will supplement this response when additional documents become available. Please do not hesitate to contact this office if we may be of additional assistance in this or any other matter.

Sincerely,

Ronald Weich
Assistant Attorney General

Enclosures

cc:   The Honorable Elijah E. Cummings
      Ranking Minority Member

      The Honorable Patrick J. Leahy
      Chairman
      Committee on the Judiciary
      United States Senate

      The Honorable Charles E. Grassley
      Ranking Minority Member
      Committee on the Judiciary
      United States Senate