IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:12-cv-1332 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, and the materials submitted in support thereof, it is hereby ORDERED that Plaintiff's Motion is DENIED and Defendant's Cross-Motion is GRANTED.

Summary Judgment is hereby entered on the remaining count of Plaintiff's Amended Complaint in favor of Defendant.

Dated: _____     _____
                                                                   AMY BERMAN JACKSON
                                                                   UNITED STATES DISTRICT JUDGE