## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>*Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:12-cv-01332-ABJ |

## PLAINTIFF'S PROVISIONALLY UNOPPOSED MOTION
## FOR LEAVE TO FILE UNDER SEAL THREE INTERVIEW TRANSCRIPTS

Pursuant to Local Civil Rule 5.1(h)(1), and for all the reasons set forth in the accompanying memorandum of points and authorities, plaintiff Committee on Oversight and Government Reform of the U.S. House of Representatives ("Committee") respectfully moves for entry of an order authorizing the following three interview transcripts to be filed under seal:

- Transcript of Interview of Kenneth E. Melson, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives (July 4, 20[1]1), attached as Ex. A;

- Transcript of Interview of Gary Grindler, Chief of Staff and Counselor to the Attorney General and Former Acting Deputy Attorney General (Dec. 14, 2011), attached as Ex. B; and

- Transcript of Interview of Jason Weinstein, Deputy Attorney General (Jan. 10, 2012), attached as Ex. C.

Copies of the three interview transcripts are attached electronically as exhibits, and they are being served on counsel for the Attorney General in a securely sealed and appropriately-labeled envelope.  (The Committee only seeks to file under seal the three interview transcripts.  It has no objection to this motion and the accompanying memorandum of points and authorities being filed publicly.)

On February 3, 2014, undersigned counsel conferred with John R. Tyler, counsel for the Attorney General, who advised that his client's position is as follows:  "Because Defendant has not yet been provided the opportunity to review the transcripts in question, Defendant consents provisionally to Plaintiff's motion to file under seal but reserves the right to object after reviewing the transcripts."

A proposed order is submitted herewith, and oral argument is not requested.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, General Counsel
D.C. Bar No. 386816
WILLIAM PITTARD, Deputy General Counsel
D.C. Bar No. 482949
TODD B. TATELMAN, Assistant Counsel
MARY BETH WALKER, Assistant Counsel
D.C. Bar No. 501033
ELENI M. ROUMEL, Assistant Counsel
ISAAC B. ROSENBERG, Assistant Counsel
D.C. Bar No. 998900

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202/225-9700 (phone); 202/226-1360 (fax)

*Counsel for Plaintiff Committee on Oversight and*
*Government Reform, U.S. House of Representatives*

February 3, 2014

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2014, I served one copy of the foregoing Plaintiff's

Provisionally Unopposed Motion for Leave to File Under Seal Three Interview Transcripts,

including exhibits, by hand delivery in a securely sealed and appropriately-labeled envelope, on:

> John R. Tyler, Assistant Branch Director
> Eric R. Womack, Trial Attorney
> Gregory Dworkowitz, Trial Attorney
> Luke M. Jones, Trial Attorney
> Federal Programs Branch
> Civil Division
> U.S. Department of Justice
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530

*/s/ Kerry W. Kircher*
Kerry W. Kircher

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:12-cv-01332-ABJ |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| *Defendant*. | ) ) ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S PROVISIONALLY UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL THREE INTERVIEW TRANSCRIPTS**

On December 16, 2013, plaintiff Committee on Oversight and Government Reform of the

U.S. House of Representatives ("Committee") moved for summary judgment on Count I of its

First Amended Complaint (Jan. 15, 2013) (ECF No. 35).  *See* Pl.'s Mot. for Summ. J. (Dec. 16,

2013) (ECF No. 61); Mem. of P. & A. in Supp. of Pl.'s Mot. for Summ. J. (Dec. 16, 2013) (ECF

No. 61) ("Committee SJ Memorandum").

In support, the Committee submitted declarations from three Committee staff members,

one of whose declarations – Stephen R. Castor's – included 29 documentary exhibits, three of

which are pertinent here:

- Excerpts of Transcript of Interview of Kenneth E. Melson, Acting Director,

    Bureau of Alcohol, Tobacco, Firearms and Explosives (July 4, 20[1]1) ("Melson

Transcript"), attached as Ex. 10 (ECF No. 61-11) to Decl. of Stephen R. Castor
(Dec. 16, 2013) (ECF No. 61-1) ("Castor Declaration");

- Excerpts of Transcript of Interview of Gary Grindler, Chief of Staff and
Counselor to the Attorney General and Former Acting Deputy Attorney General
(Dec. 14, 2011) ("Grindler Transcript"), attached as Ex. 19 (ECF No. 61-20) to
Castor Decl.; and

- Excerpts of Transcript of Interview of Jason Weinstein, Deputy Attorney General
(Jan. 10, 2012) ("Weinstein Transcript"), attached as Ex. 20 (ECF No. 61-21) to
Castor Decl.

The Committee referenced these excerpts, as appropriate, in its motion papers. *See* Comm. SJ
Mem. at 14 n.20 (referencing Melson Tr.); *id*. at 23 (same); *id*. at 42 (same); *id*. at 16 n.24
(referencing Grindler Tr. and Weinstein Tr.).

With respect to each of the three interview transcripts, the Committee explained that it
had included only excerpts that were pertinent to the issues in this case; that other parts of the
three transcripts contained sensitive information; and that, accordingly, if the Attorney General
wished to review the three transcripts in their entirety, he could say so and the Committee would
move to file them under seal in order to make them available to the Attorney General while still
protecting the sensitive information. *See id.* at 14 n.20 (referencing Melson Tr.); *id.* at 16 n.24
(referencing Grinder Tr. and Weinstein Tr.).

In response, the Attorney General has acknowledged that Messrs. Melson, Grindler and
Weinstein were interviewed by the Committee on July 4, 2011, December 14, 2011, and January
10, 2012, respectively. *See* Def.'s Resp. to Pl.'s Statement of Material Facts as to Which There
Is No Genuine Issue ¶¶ 24, 46, 47 (Jan. 21, 2014) (ECF No. 64-1).  But the Attorney General, in

his response, pointedly has *not* asked us to review the three transcripts in their entirety, nor has he stated that he requires access to the transcripts in their entirety in order to oppose the Committee's motion or support his cross-motion.[1]

What the Attorney General has done is grumble that the Committee did not provide the Department, prior to the commencement of the litigation, with copies of the interview transcripts – a statement that is true, but also misleading, *see supra* note 1 – and he suggests that the Court should require the introduction of the remaining portions of the three transcripts. *See id.* ¶¶ 24, 46, 47. While the Committee continues to maintain that only the excerpts it has submitted are pertinent to the issues now before the Court, the Committee wishes to eliminate any possibility of the Attorney General manufacturing a distracting and peripheral issue before this Court – and/or before the Circuit Court should this matter end up there.

Accordingly, the Committee now seeks leave to file under seal the three transcripts in their entirety. Filing under seal is appropriate here because the transcripts contain references to sensitive information – including the names of informants and information concerning wiretaps – about which the Department elsewhere has expressed concerns. *See, e.g.*, Mem. in Supp. of Def.'s Mot. for Summ. J. & in Opp'n to Pl.'s Mot. for Summ. J. at 16-17 (Jan. 21, 2014) (ECF No. 64) (arguing that "[i]nformation relating to law enforcement efforts by the Executive Branch" is protected by Executive privilege); Decl. of M. Faith Burton, Special Counsel, Office

---

[1] This is hardly surprising, particularly with respect to Messrs. Grindler and Weinstein, both of whom were high-ranking Department of Justice officials at the time they were interviewed; both of whom were interviewed by the Committee with the Department's blessing; both of whom were accompanied by Department counsel; both of whose transcripts were reviewed by representatives of the Department's Office of Legislative Affairs; and both of whom, therefore, can be assumed to have briefed other Department officials on the content and details of their interviews. In short, at least with respect to Messrs. Grindler and Weinstein, the Department already knows perfectly well what is in their interview transcripts.

of Legislative Affairs, U.S. Dep't of Justice ¶ 4 (Jan. 21, 2014) (ECF No. 63-1) (asserting that

Department has "significant confidentiality interests" in ongoing law enforcement matters).

Moreover, the filing of this motion, and the Court's filing of the three transcripts under

seal, will ensure the Attorney General's access to the transcripts for use in this proceeding.

## CONCLUSION

For the foregoing reasons, the Committee's motion should be granted.


Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, General Counsel
D.C. Bar No. 386816
WILLIAM PITTARD, Deputy General Counsel
D.C. Bar No. 482949
TODD B. TATELMAN, Assistant Counsel
MARY BETH WALKER, Assistant Counsel
D.C. Bar No. 501033
ELENI M. ROUMEL, Assistant Counsel
ISAAC B. ROSENBERG, Assistant Counsel
D.C. Bar No. 998900

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Plaintiff Committee on Oversight and*
*Government Reform, U.S. House of Representatives*

February 3, 2014

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2014, I served one copy of the foregoing Memorandum of

Points and Authorities in Support of Plaintiff's Provisionally Unopposed Motion for Leave to

File Under Seal Three Interview Transcripts by hand delivery in a securely sealed and

appropriately-labeled envelope, on:

> John R. Tyler, Assistant Branch Director
> Eric R. Womack, Trial Attorney
> Gregory Dworkowitz, Trial Attorney
> Luke M. Jones, Trial Attorney
> Federal Programs Branch
> Civil Division
> U.S. Department of Justice
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530

*/s/ Kerry W. Kircher*
Kerry W. Kircher