**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>             Plaintiff,<br><br>       v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>             Defendant. | Case No. 1:12-cv-1332 (ABJ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

     PLEASE TAKE NOTICE that KATHLEEN R. HARTNETT, United States Department of Justice, hereby enters her appearance in the above-captioned matter as a counsel of record for defendant.

Dated: May 14, 2014              Respectfully submitted,

                                                  STUART F. DELERY
                                                  Assistant Attorney General

                                                  */s/ Kathleen R. Hartnett*
                                                  KATHLEEN R. HARTNETT
                                                  (DC Bar No. 483250)
                                                  Deputy Assistant Attorney General
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  950 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20530
                                                  Tel: (202) 514-2331
                                                  Fax: (202) 514-8071
                                                  kathleen.r.hartnett@usdoj.gov

                                                  Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2014, I caused a true and correct copy of the foregoing Notice to be served on plaintiff's counsel electronically by means of the Court's ECF system.

  */s/ Kathleen R. Hartnett*
KATHLEEN R. HARTNETT