**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, <br><br> *Defendant*. | Case No. 1:12-cv-01332-ABJ |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), please take notice that I, Christine Davenport, currently listed as counsel for Plaintiff Committee on Oversight and Government Reform, United States House of Representatives ("Committee"), in the above-captioned case, am no longer associated with the Office of General Counsel, U.S. House of Representatives. Please withdraw me as counsel in this matter, and remove me from the case docket and the Notice of Electronic Filing System as indicated on the docket.

The Committee now is represented by Kerry W. Kircher, William Pittard, Todd B. Tatelman, Mary Beth Walker, Eleni M. Roumel, and Isaac B. Rosenberg, all of whom have entered an appearance in the above-captioned case.

Respectfully submitted,

*/s/ Christine Davenport*
Christine Davenport

*Former Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*


*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
TODD B. TATELMAN
Assistant Counsel
MARY BETH WALKER, D.C. Bar # 501033
Assistant Counsel
ELENI M. ROUMEL
Assistant Counsel
ISAAC B. ROSENBERG, D.C. Bar # 998900
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

May 16, 2014

## CERTIFICATE OF SERVICE

  I certify that on May 16, 2014, I filed and served the foregoing Notice of Withdrawal of Counsel via the CM/ECF system of the U.S. District Court for the District of Columbia, which I understand served a copy on all parties for whom counsel has entered an appearance by operation of the Court's CM/ECF system.

                */s/ Jamie H. Whitelock*
                Jamie H. Whitelock