12-CV-1332 (ABJ)

Gary Montgomery
4901 Daffodil #135
McAllen, TX 785011
479-652-2803

Leave to file GRANTED

*Amy B. Jackson* 5/21/14
Amy B. Jackson           Date
United States District Judge

May 16, 2014

U S District Judge Amy Berman
U S District Court
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge Jackson,

I write this letter as a concerned citizen concerned about your possible decision to allow executive privilege in the Fast and Furious case.

No matter what you believe, the American people have the right to know what our government is doing. We're not talking national security here. We're talking about the death of an American citizen doing his job for the United States.

I question your ability to render a fair decision for the people, since you were appointed by our current President. In my 70 years of life, I've watched as our court system has gotten away from following and applying the law, to making laws according to the personal beliefs of a judge. This is wrong.

This President has kept more from the people, lied about so much, i.e. Benghazi, IRS targeting, Fast & Furious, and Obama care. We will see if you have the courage to be stand and be counted, or just another one of his puppets.

It is almost funny to hear a judge say contempt of court. Go to the street and talk to an average citizen and you will find most Americans hold contempt for our court system. There was a time when judges were held in high esteem, but those days have passed, and it's the fault of the judges themselves. It's time for the country to take away some power from our court system. Only then will they quit acting like gods.

I plan to start an online petition to "Take Back America from Our Politicians and Judges." We will do it under the law and I believe it will be successful.

I do not know you since I live in Texas, but you will tell the American people a lot about yourself with this ruling. It is my sincere hope that you will remember the American people are the heart of this country and have a right to know.

P S – I am sending copies to these people in case you want to take a reprisal.

Sincerely,

*Gary Montgomery*

Gary Montgomery
A Proud American


cc: Sean Hannity
    Megyn Kelly
    Brian Kilmeade
    Kimberly Guilfoyle
    Bill O'Reilly
    Glenn Beck