**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,  )<br><br>*Plaintiff*,  )<br><br>v.  )<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,  )<br><br>*Defendant*.  ) | Case No. 1:12-cv-01332-ABJ |

# EXHIBIT OGR-1

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W., Room 7344
Washington, DC 20001

| John R. Tyler | Telephone: | (202) 514-2356 |
| Assistant Director | Fax: | (202) 616-8470 |
| | Email: | john.tyler@usdoj.gov |

November 18, 2014

*Via Hand Delivery*

Kerry Kircher
General Counsel
Office of the General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515

Re: *Committee on Oversight and Government Reform, U.S. House of Representatives v. Holder*, Civ. No. 12-1332 (D.D.C.).

Dear Kerry:

As you are aware, the documents produced to the Committee on November 4, 2014 ("November 4 production set"), are also the subject of ongoing FOIA litigation. *See Judicial Watch v. DOJ*, Civ. No. 12-1510 (D.D.C.). In a November 7 status report in the FOIA lawsuit, the Department stated its intent to produce to the FOIA requester the November 4 production set that had been produced to the Committee, subject to additional redactions as appropriate. The documents as produced today to the requester in connection with that FOIA litigation are enclosed, and update the Department's production to the Committee.

Since the time of the production to the Committee, we have conducted the further review of the documents that we described in our November 4, 2014 letter to you. Thus, with respect to the enclosed set of documents, please be advised that in some instances redactions contained in the November 4 production set have now been removed, and that additional redactions have been made to some documents previously produced to the Committee. Because the enclosed documents have been made available to a FOIA requester in connection with FOIA litigation, the Department respectfully requests that the Committee, to the extent it wishes to publicly file any material provided by the Department, do so using the versions of the documents provided herein rather than the documents in the November 4 production set.

To facilitate the Committee's review, the Department has enclosed a list of the documents to identify those that were updated (in the manner described above). The Department also intends to soon provide to the Committee an updated version of the detailed list provided on November 4, 2014.

Sincerely,

John R. Tyler

Enclosures