IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>              *Plaintiff*,<br><br>    v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General of the United States,<br><br>              *Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

**COMMITTEE'S RESPONSE TO COURT'S DECEMBER 3, 2014 MINUTE ORDER**

Pursuant to this Court's December 3, 2014 Minute Order, the Committee on Oversight and Government Reform ("Committee") respectfully submits this response to the Court's December 3, 2014 Minute Order which directed the parties to "propose[] proceedings for how to resolve the issues identified in" the Committee's Notice of Disputed Claims and Other Issues (Nov. 25, 2014) (ECF No. 98) ("Committee Notice").[1]

Counsel for the parties met and conferred in person on December 8, 2014, and also by email earlier today, but were unable to agree on a joint briefing schedule. The Attorney General,

---

[1] The Committee Notice was based on the Attorney General's November 4, 2014 production to the Committee and his November 4, 2014 privilege list. However, as we then advised the Court, the Attorney General, on November 18, 2014, informed us that "'[t]he Department also intends to soon provide to the Committee an updated version of the detailed list provided on November 4, 2014.'" Comm. Notice at 4 n.3 (quoting Letter from John R. Tyler, Ass't Dir., to Kerry W. Kircher, Gen. Counsel, at 1 (Nov. 18, 2014)). That revised privilege list was delivered to us on December 4, 2014, and we understand the Attorney General is filing with the Court today that revised privilege list, not the original November 4, 2014 privilege list. The revised privilege list does not change anything insofar as the Committee Notice is concerned; each of the issues identified therein remains ripe for resolution.

we understand, agrees that the issues identified in Sections I and IV of the Committee Notice (the universe-of-documents-at-issue-in-this-lawsuit issue, and the deliberative-process-privilege-claim issues), *see* Comm. Notice at 4-8, 11-15, must be – and are ready to be – litigated. However, he appears to believe the issues identified in Sections II and III of the Committee Notice (the non-deliberative-process-claims issues), *see id.* at 8-11, may be subject to some sort of negotiated resolution.

While we think the Attorney General is unduly optimistic, we are open to his proposals and believe the period between now and January 2, 2015 is adequate for such purpose. (The term of the current Congress, the 113th, will end at noon on January 3, 2015. *See* U.S. Const. amend. XX, § 1.)

Accordingly, the Committee proposes the following briefing schedule for resolution of the issues raised in the Committee Notice.

- January 2, 2015 – Committee to file Motion to Compel with respect to all issues raised in Committee's Notice that are unresolved at that time.

- January 13, 2015 – Committee to file status report regarding 114th Congress which is scheduled to commence on January 6, 2015, *see* H.J. Res. 129, 113th Cong. (2014) (enacted), including steps taken by new Congress to facilitate and ensure continuation of this litigation.[2]

---

[2] The Committee expects to provide the Court with information similar to the information it provided after the commencement of the 113th Congress. *See* Notice (Jan. 4, 2013) (ECF No. 31); Joint Status Report at 1-2 (Jan. 7, 2013) (ECF No. 32) ("Jan. 7, 2013 Status Report").

On January 15, 2013, at the direction of the Court, the Committee filed a First Amended Complaint. *See* Minute Order (Jan. 10, 2013); First Am. Compl. (Jan. 15, 2013) (ECF No. 35). The Committee's position then was that an amended complaint was unnecessary, but that the Committee would file one if the Court thought otherwise. *See* Jan. 7, 2013 Status Report at 2-3. The Committee's position this time around is the same: it does not believe that another amended

(*Continued . . .*)

- January 30, 2015 – Attorney General to file response to Committee's Motion to Compel.

- February 20, 2015 – Committee to file reply to Attorney General's response to Committee's Motion to Compel.

>   Respectfully submitted,
>
>   */s/ Kerry W. Kircher*
>   KERRY W. KIRCHER, D.C. Bar # 386816
>   General Counsel
>   WILLIAM PITTARD, D.C. Bar # 482949
>   Deputy General Counsel
>   TODD B. TATELMAN
>   Assistant Counsel
>   ELENI M. ROUMEL
>   Assistant Counsel
>   ISAAC B. ROSENBERG, D.C. Bar # 998900
>   Assistant Counsel
>   KIMBERLY HAMM, D.C. Bar # 1020989
>   Assistant Counsel
>
>   OFFICE OF GENERAL COUNSEL
>   U.S. HOUSE OF REPRESENTATIVES
>   219 Cannon House Office Building
>   Washington, D.C.  20515
>   Tel: (202) 225-9700
>   Fax: (202) 226-1360
>   Kerry.Kircher@mail.house.gov
>
>   *Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

December 10, 2014

---

complaint is necessary, given that the information that will be on record concerning the transition to the new Congress, *see, e.g.*, *id.*, but it will file one if the Court prefers.  Any such filing need not delay the resolution of the issues identified in the Committee Notice.

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014, I served one copy of the foregoing Committee's Response to Court's December 3, 2014 Minute Order by CM/ECF on all registered parties.

                                              */s/ Kyle T. Jones*
                                              Kyle T. Jones