IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendant. | Case No. 1:12-cv-1332 (ABJ) |

**NOTICE OF FILING OF PRIVILEGE LIST**

Pursuant to the Court's December 3, 2014 and December 9, 2014 Minute Orders, the Department of Justice ("Department") hereby gives notice that it filed the privilege list in the above-captioned matter in Excel format on one disk, hand delivered to the Clerk of Court, with a courtesy copy to Judge Amy Berman Jackson's chambers, on December 10, 2014. The Department provided a prior version of the privilege list to the Committee on Oversight and Government Reform, U.S. House of Representatives ("Committee") on November 4, 2014. Following additional review of the material at issue, the Department provided to the Committee on December 4, 2014 a copy of the updated version of the privilege list that has now been filed with the Court.

Dated: December 10, 2014                    Respectfully submitted,

                                                                JOYCE R. BRANDA
                                                                Acting Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(VA Bar Registration No. 83212)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
bradley.p.humphreys@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2014, I caused a true and correct copy of the foregoing to be served on plaintiff's counsel electronically by means of the Court's ECF system.

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS