IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>Defendant. | Case No. 1:12-cv-1332 (ABJ) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's Minute Order of December 3, 2014, the Department of Justice ("Department") hereby submits this status report proposing proceedings for how to resolve the issues identified by the Committee on Oversight and Government Reform, U.S. House of Representatives ("Committee"), in its Notice of Disputed Claims and Other Issues ("Pl.'s Notice") filed November 25, 2014 (ECF No. 98).

1. On November 4, 2014, pursuant to Orders of this Court, the Department provided to the Committee the Department's production and the accompanying detailed list of material being withheld, either in full or in part.[1] *See* Letter from John Tyler to Kerry Kircher 1 (Nov. 4, 2014) (attached hereto as Ex. A). In a letter accompanying the production, the Department explained, among other things, that some of the withheld information "may be appropriate for congressional review but not for public release," and accordingly indicated that it would be

---

[1] As the Committee has noted, the Committee agreed to accept delivery of the materials on the morning of November 4, 2014.  *See* Pl.'s Notice at 2 n.1.

"prepared to discuss with [the Committee] the possibility of making such materials available for [Committee] review." *Id.* at 2.

2.      Since the November 25 filing of the Committee's Notice, the parties have met and conferred concerning information the Department has withheld in full or in part.  The parties have discussed all issues that the Committee has identified (in its Notice and since), including potential means by which they may be able to resolve between themselves some or all of the Department's withholdings falling within certain broader categories.  In particular, the parties have discussed whether they can reach agreement concerning the Department's law enforcement withholdings; materials identified for withholding by the U.S. Department of State; materials withheld for personal privacy considerations; materials withheld as attorney-client privileged or attorney work product; and materials identified as unrelated to Operation Fast and Furious or the congressional investigation into the same.

3.      The Department is hopeful that these talks will prove fruitful.  The Department believes that the parties should be able to remove from dispute, and thus obviate the need for the Court to consider, some, if not all, of the withholding categories identified above.  And even if there are categories of documents that cannot be removed from dispute in full, the Department is hopeful that at the very least the parties can reach agreement regarding some of the information so withheld, such that the Court would not have to consider the propriety of every such withholding.

4.      In order for such talks to be most productive, the Court should allow the parties sufficient time to discuss their positions and try to work through any lingering disagreement. The Department would therefore propose a period of time (amounting to an additional four weeks beyond what the Committee proposes) during which the parties could attempt to resolve

these issues before there is substantive briefing on any of the issues identified in the Committee's Notice.

    5.    Accordingly, the Department proposes that the Court enter a schedule allowing the parties to proceed as follows:

- By January 30, 2015: the Committee may file its opening brief concerning any issues identified in Plaintiff's Notice that have not been resolved through discussions between the parties.

- By February 27, 2015: the Department may file a brief in response.

- By March 20, 2015: the Committee may file a reply.

Dated: December 10, 2014                    Respectfully submitted,

                                            JOYCE R. BRANDA
                                            Acting Assistant Attorney General

                                            KATHLEEN R. HARTNETT
                                            Deputy Assistant Attorney General

                                            JOHN R. TYLER
                                            Assistant Branch Director

                                                /s/ Gregory Dworkowitz
                                            GREGORY DWORKOWITZ
                                            (NY Bar Registration No. 4796041)
                                            BRADLEY P. HUMPHREYS
                                            (VA Bar Registration No. 83212)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division
                                            Federal Programs Branch
                                            Washington, D.C. 20001
                                            Tel: (202) 305-8576
                                            Fax: (202) 616-8470
                                            gregory.p.dworkowitz@usdoj.gov

                                            Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2014, I caused a true and correct copy of the foregoing Defendant's Status Report to be served on plaintiff's counsel electronically by means of the Court's ECF system.

                                        */s/ Gregory Dworkowitz*
                                       GREGORY DWORKOWITZ