IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, <br><br> *Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

## STATUS REPORT

Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives ("Committee"), respectfully submits this Status Report pursuant to the Court's December 23, 2014 Minute Order.

The 113th Congress ended at noon on January 3, 2015, *see* U.S. Const. amend. XX, § 1, and the 114th Congress commenced at noon on January 6, 2015, *see id.* § 2; H.J. Res. 129, 113th Cong. (2014) (enacted), *available at* https://www.congress.gov/113/plaws/publ201/PLAW-113publ201.pdf ("[T]he first regular session of the One Hundred Fourteenth Congress shall begin at noon on Tuesday, January 6, 2015."); 161 Cong. Rec. H1 (daily ed. Jan. 6, 2015), *available at* https://www.congress.gov/crec/2015/01/06/CREC-2015-01-06.pdf.

On the afternoon of January 6, 2015, the House of Representatives, among other things, adopted House Resolutions 5 and 6. *See* 161 Cong. Rec. at H27 (vote on H. Res. 5); *id.* at H28 (H. Res. 6 adopted by unanimous consent).

House Resolution 5, among other things, authorizes "the Committee on Oversight and Government Reform of the One Hundred Fourteenth Congress to act as the successor in interest to the Committee on Oversight and Government Reform of the One Hundred Thirteenth Congress and the One Hundred Twelfth Congress with respect to" this lawsuit.  H. Res. 5, § 3(f)(1)(A)(i), *reprinted in* 161 Cong. Rec. at H9.  House Resolution 5 also authorizes the Chair of the Committee (when elected) (i) "to take such steps as may be appropriate to ensure continuation of" this lawsuit, H. Res. 5, § 3(f)(1)(A)(ii), *reprinted in* 161 Cong. Rec. at H9; and (ii) "to issue subpoenas related to the investigation into the United States Department of Justice operation known as 'Fast and Furious' and related matters," H. Res. 5, § 3(f)(1)(B), *reprinted in* 161 Cong. Rec. at H9

By adopting House Resolution 6, the House, among other things, elected the Honorable Jason Chaffetz Chairman of the Committee for the 114th Congress.  *See* H. Res. 6, *reprinted in* 161 Cong. Rec. at H28.

On January 6, 2015, after the House adopted House Resolutions 5 and 6, newly-elected Committee Chairman Chaffetz issued a new subpoena to defendant Eric H. Holder, Jr., a copy of which is attached hereto as Ex. 1.  The new subpoena is substantively identical to the October 11, 2011 subpoena which is attached as Exhibit A to the Complaint (Aug. 13, 2012) (ECF No. 1), and the January 3, 2013 subpoena which is attached as Exhibit A to the First Amended Complaint (Jan. 15, 2013) (ECF No. 35).  By agreement, undersigned counsel served the new subpoena by electronic mail on counsel for the Attorney General on January 6, 2015.  The response date on the new subpoena was January 9, 2015, at noon.  The response time has passed and no new responsive documents have been produced by the Attorney General to the Committee.

The Committee does not believe it is necessary that the Complaint be amended in light of (i) the fact that the subpoena issued to the Attorney General on January 6, 2015, seeks identical documents over the same time period as the subpoenas issued on October 11, 2011, and January 3, 2013, and (ii) this Status Report places on the record all pertinent facts regarding the commencement of the 114th Congress and the issuance by Chairman Chaffetz of the January 6, 2015 subpoena to the Attorney General.

Nevertheless, the Committee is prepared to amend its Complaint to recite the facts relevant to the commencement of the 114th Congress and the issuance by Chairman Chaffetz of the January 6, 2015 subpoena to the Attorney General, in the event the Court believes such an amendment is necessary or otherwise appropriate.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
TODD B. TATELMAN
Senior Assistant Counsel
ELENI M. ROUMEL
Assistant Counsel
ISAAC ROSENBERG, D.C. Bar # 998900
Assistant Counsel
KIMBERLY HAMM, D.C. Bar # 1020989
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202/225-9700 (phone); 202/226-1360 (fax)

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

January 13, 2015

## CERTIFICATE OF SERVICE

I certify that on January 13, 2015, I served one copy of the foregoing Status Report by CM/ECF on all registered parties and by electronic mail (.pdf format), on:

>Kathleen R. Hartnett, Deputy Assistant Attorney General
>John R. Tyler, Assistant Branch Director
>Gregory Dworkowitz, Trial Attorney
>Bradley P. Humphreys, Trial Attorney
>U.S. DEPARTMENT OF JUSTICE
>CIVIL DIVISION
>FEDERAL PROGRAMS BRANCH
>Washington, D.C.  20001
>
>kathleen.r.hartnett@usdoj.gov
>john.tyler@usdoj.gov
>gregory.p.dworkowitz@usdoj.gov
>bradley.p.humphreys@usdoj.gov

>>*/s/ Kerry W. Kircher*
>>Kerry W. Kircher