IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as Attorney General of the United States,<br><br>*Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to this Court's December 23, 2014 Minute Order, and the Federal Rules of Civil Procedure, Plaintiff Committee on Oversight and Government Reform of the U.S. House of Representatives ("Committee") respectfully moves for an Order compelling Defendant Attorney General to produce in full to the Committee, without redactions of any kind, the following:

- all Post-February 4 Subset documents – defined in paragraph 62 of the Complaint (Aug. 13, 2012) (ECF No. 1), and paragraph 67 of the First Amended Complaint (Jan. 15, 2013) (ECF No. 35), as "those documents dated or that were created after February 4, 2011, that are responsive to Categories 1, 4, 5, and 10 of the Holder Subpoena" – which the Attorney General did not produce to the Committee on November 4, 2014 (or thereafter), and that are not accounted for on the Detailed List the Attorney General provided to the Committee on November 4, 2014, or the revised Detailed List the Attorney General provided to the Committee on December 4, 2014 (and filed with the Court on December 10, 2014);

- all Post-February 4 Subset documents which the Attorney General accounted for on the Detailed List he provided to the Committee on November 4, 2014, and/or the revised Detailed List he provided to the Committee on December 4, 2014 (and filed with the Court on December 10, 2014), but did not produce to the Committee on November 4, 2014 (or thereafter); and

- all Post-February 4 Subset documents which the Attorney General produced to the Committee on November 4, 2014 (or thereafter), and from which he redacted information.

Pursuant to Local Rule 7(m), in an effort to narrow the areas of disagreement, we sent a letter to counsel for the Attorney General on December 3, 2014, regarding one issue identified in the Committee's Notice of Disputed Claims and Other Issues (Nov. 25, 2014) (ECF No. 98) ("Notice of Issues") (the withholdings and/or redactions coded as "unrelated" on the Attorney General's Detailed List). On December 8, 2014, we conferred in person with counsel for the Attorney General regarding all issues identified in the Committee's Notice of Issues. On December 24, 2014, counsel for the Attorney General sent us a letter which responded to our December 3, 2014 letter, and addressed other issues identified in the Committee's Notice of Issues.[1] And, on December 31, 2014, we sent a letter to counsel for the Attorney General responding to their December 24, 2014 letter, and requested additional information regarding the withholdings/redactions coded as "attorney-client/attorney work product" on the Attorney General's Detailed List, information we believed might lead to the elimination of this withholding/redaction category as an issue. The Attorney General did not respond to our December 31, 2014 letter.

---

[1] Among other things, the December 24 letter indicated that the Attorney General had re-reviewed the "unrelated" withholdings and that some materials previously withheld on that ground would be provided to the Committee. The Committee has not yet received those materials.

A proposed Order is attached and oral argument is not requested.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, General Counsel
D.C. Bar No. 386816
WILLIAM PITTARD, Deputy General Counsel
D.C. Bar No. 482949
TODD B. TATELMAN, Senior Assistant Counsel
ELENI M. ROUMEL, Assistant Counsel
ISAAC B. ROSENBERG, Assistant Counsel
D.C. Bar No. 998900
KIMBERLY HAMM, Assistant Counsel
D.C. Bar No. 1020989

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

January 16, 2015

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015, I filed and served one copy of the foregoing Plaintiff's Motion to Compel by CM/ECF on all registered parties.

*/s/ Kyle T. Jones*
Kyle T. Jones
