# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 1:12-cv-01332 (ABJ) |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| *Defendant*. | ) ) ) |

# EXHIBIT C

## Kircher, Kerry

| | |
|---|---|
| **From:** | Hartnett, Kathleen R. (CIV) <Kathleen.R.Hartnett@usdoj.gov> |
| **Sent:** | Friday, October 10, 2014 2:31 PM |
| **To:** | Kircher, Kerry; Tyler, John (CIV); Dworkowitz, Gregory P. (CIV) |
| **Subject:** | RE: Oversight Committee v. Holder |

Kerry,

As we have explained in our court filings, the Department is preparing its production of non-privileged documents and a detailed list of withholdings for November 3, consistent with the Court's orders. The Court has further provided that, at that point, the Committee "shall have until November 26, 2014 to identify the disputed claims." 9/9/14 at 3. Any disputes you may have with our list and production may be raised after we have made our production, consistent with the schedule established by the Court.

Thank you,
Kathleen

-----Original Message-----
From: Kircher, Kerry [mailto:Kerry.Kircher@mail.house.gov]
Sent: Tuesday, October 07, 2014 6:45 PM
To: Hartnett, Kathleen R. (CIV); Tyler, John (CIV); Dworkowitz, Gregory P. (CIV)
Subject: Oversight Committee v. Holder

Kathleen, John, Greg: Please see attached letter.

kwk

1