**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,    )<br><br>*Plaintiff*,    )<br><br>v.    )<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,    )<br><br>*Defendant*.    ) | Case No. 1:12-cv-01332 (ABJ) |

# EXHIBIT E

| Documents Not Produced in Full and No "Withholding Basis" Given ||
|---|---|
| **Document Number** | **Bates Ranges** |
| 884 | DOJ-FF-03845 to DOJ-FF-03846 |
| 1178 | DOJ-FF-04979 to DOJ-FF-04979 |
| 1189 | DOJ-FF-04994 to DOJ-FF-04994 |
| 1208 | DOJ-FF-05015 to DOJ-FF-05015 |
| 1211 | DOJ-FF-05018 to DOJ-FF-05019 |
| 1212 | DOJ-FF-05020 to DOJ-FF-05021 |
| 1213 | DOJ-FF-05022 to DOJ-FF-05023 |
| 1215 | DOJ-FF-05025 to DOJ-FF-05025 |
| 1220 | DOJ-FF-05030 to DOJ-FF-05030 |
| 1684 | DOJ-FF-06738 to DOJ-FF-06738 |
| 1823 | DOJ-FF-07124 to DOJ-FF-07125 |
| 2018 | DOJ-FF-07944 to DOJ-FF-07944 |
| 2066 | DOJ-FF-08020 to DOJ-FF-08020 |
| 2067 | DOJ-FF-08021 to DOJ-FF-08021 |
| 2069 | DOJ-FF-08023 to DOJ-FF-08023 |
| 2538 | DOJ-FF-10432 to DOJ-FF-10432 |
| 2663 | DOJ-FF-10829 to DOJ-FF-10829 |
| 2668 | DOJ-FF-10835 to DOJ-FF-10835 |
| 2678 | DOJ-FF-10902 to DOJ-FF-10902 |
| 2679 | DOJ-FF-10903 to DOJ-FF-10903 |
| 2726 | DOJ-FF-11020 to DOJ-FF-11020 |
| 2727 | DOJ-FF-11021 to DOJ-FF-11021 |
| 2855 | DOJ-FF-11368 to DOJ-FF-11368 |
| 2865 | DOJ-FF-11390 to DOJ-FF-11392 |
| 2913 | DOJ-FF-11571 to DOJ-FF-11571 |
| 3211 | DOJ-FF-12280 to DOJ-FF-12284 |
| 3213 | DOJ-FF-12286 to DOJ-FF-12290 |
| 3214 | DOJ-FF-12291 to DOJ-FF-12291 |
| 3216 | DOJ-FF-12295 to DOJ-FF-12299 |
| 3217 | DOJ-FF-12300 to DOJ-FF-12300 |
| 3262 | DOJ-FF-12365 to DOJ-FF-12366 |
| 3265 | DOJ-FF-12371 to DOJ-FF-12372 |
| 3295 | DOJ-FF-12445 to DOJ-FF-12445 |
| 3410 | DOJ-FF-12698 to DOJ-FF-12698 |
| 3413 | DOJ-FF-12705 to DOJ-FF-12709 |
| 3498 | DOJ-FF-12880 to DOJ-FF-12880 |
| 3500 | DOJ-FF-12882 to DOJ-FF-12882 |
| 3564 | DOJ-FF-13351 to DOJ-FF-13351 |
| 3579 | DOJ-FF-13366 to DOJ-FF-13370 |

| | |
|---|---|
| 3581 | DOJ-FF-13372 to DOJ-FF-13376 |
| 3583 | DOJ-FF-13378 to DOJ-FF-13382 |
| 3626 | DOJ-FF-16418 to DOJ-FF-16418 |
| 3627 | DOJ-FF-16419 to DOJ-FF-16419 |
| 3628 | DOJ-FF-16420 to DOJ-FF-16420 |
| 3629 | DOJ-FF-16421 to DOJ-FF-16421 |
| 3904 | DOJ-FF-18252 to DOJ-FF-18252 |
| 3906 | DOJ-FF-18254 to DOJ-FF-18254 |
| 3908 | DOJ-FF-18258 to DOJ-FF-18258 |
| 3912 | DOJ-FF-18264 to DOJ-FF-18264 |
| 3918 | DOJ-FF-18270 to DOJ-FF-18270 |
| 3921 | DOJ-FF-18275 to DOJ-FF-18275 |
| 3922 | DOJ-FF-18276 to DOJ-FF-18276 |
| 3924 | DOJ-FF-18280 to DOJ-FF-18280 |
| 3931 | DOJ-FF-18291 to DOJ-FF-18291 |
| 3933 | DOJ-FF-18293 to DOJ-FF-18293 |
| 3943 | DOJ-FF-18305 to DOJ-FF-18305 |
| 4037 | DOJ-FF-18627 to DOJ-FF-18627 |
| 4041 | DOJ-FF-18635 to DOJ-FF-18635 |
| 4102 | DOJ-FF-18845 to DOJ-FF-18849 |
| 4110 | DOJ-FF-18914 to DOJ-FF-18918 |
| 4116 | DOJ-FF-18958 to DOJ-FF-18962 |
| 4145 | DOJ-FF-19241 to DOJ-FF-19245 |
| 4342 | DOJ-FF-19612 to DOJ-FF-19616 |
| 4345 | DOJ-FF-19620 to DOJ-FF-19624 |
| 4463 | DOJ-FF-20029 to DOJ-FF-20029 |
| 4465 | DOJ-FF-20031 to DOJ-FF-20031 |
| 4535 | DOJ-FF-20222 to DOJ-FF-20222 |
| 4557 | DOJ-FF-20265 to DOJ-FF-20265 |
| 5077 | DOJ-FF-21544 to DOJ-FF-21544 |
| 5235 | DOJ-FF-22273 to DOJ-FF-22273 |
| 5267 | DOJ-FF-22361 to DOJ-FF-22361 |
| 5342 | DOJ-FF-22544 to DOJ-FF-22544 |
| 5401 | DOJ-FF-22665 to DOJ-FF-22665 |
| 5405 | DOJ-FF-22670 to DOJ-FF-22670 |
| 5407 | DOJ-FF-22673 to DOJ-FF-22673 |
| 5411 | DOJ-FF-22677 to DOJ-FF-22677 |
| 5474 | DOJ-FF-22823 to DOJ-FF-22823 |
| 5505 | DOJ-FF-22871 to DOJ-FF-22871 |
| 5631 | DOJ-FF-23164 to DOJ-FF-23164 |
| 5632 | DOJ-FF-23165 to DOJ-FF-23165 |

| | |
|---|---|
| 5634 | DOJ-FF-23167 to DOJ-FF-23168 |
| 5635 | DOJ-FF-23169 to DOJ-FF-23169 |
| 5636 | DOJ-FF-23170 to DOJ-FF-23170 |
| 5659 | DOJ-FF-23211 to DOJ-FF-23211 |
| 5660 | DOJ-FF-23212 to DOJ-FF-23212 |
| 5662 | DOJ-FF-23214 to DOJ-FF-23214 |
| 5694 | DOJ-FF-23276 to DOJ-FF-23276 |
| 5696 | DOJ-FF-23280 to DOJ-FF-23280 |
| 5697 | DOJ-FF-23281 to DOJ-FF-23282 |
| 5704 | DOJ-FF-23293 to DOJ-FF-23293 |
| 6104 | DOJ-FF-24336 to DOJ-FF-24336 |
| 6108 | DOJ-FF-24343 to DOJ-FF-24343 |
| 6110 | DOJ-FF-24346 to DOJ-FF-24346 |
| 6124 | DOJ-FF-24368 to DOJ-FF-24368 |
| 6138 | DOJ-FF-24426 to DOJ-FF-24426 |
| 6203 | DOJ-FF-24673 to DOJ-FF-24677 |
| 6314 | DOJ-FF-24830 to DOJ-FF-24830 |
| 6363 | DOJ-FF-25009 to DOJ-FF-25012 |
| 6365 | DOJ-FF-25016 to DOJ-FF-25019 |
| 6367 | DOJ-FF-25023 to DOJ-FF-25023 |
| 6368 | DOJ-FF-25024 to DOJ-FF-25027 |
| 6370 | DOJ-FF-25031 to DOJ-FF-25034 |
| 6372 | DOJ-FF-25038 to DOJ-FF-25038 |
| 6375 | DOJ-FF-25041 to DOJ-FF-25042 |
| 6389 | DOJ-FF-25062 to DOJ-FF-25063 |
| 6429 | DOJ-FF-25178 to DOJ-FF-25179 |
| 6440 | DOJ-FF-25195 to DOJ-FF-25196 |
| 6516 | DOJ-FF-25374 to DOJ-FF-25374 |
| 6774 | DOJ-FF-25892 to DOJ-FF-25892 |
| 6776 | DOJ-FF-25895 to DOJ-FF-25895 |
| 6904 | DOJ-FF-26377 to DOJ-FF-26377 |
| 6906 | DOJ-FF-26379 to DOJ-FF-26379 |
| 6907 | DOJ-FF-26380 to DOJ-FF-26380 |
| 7013 | DOJ-FF-26730 to DOJ-FF-26730 |
| 7181 | DOJ-FF-27273 to DOJ-FF-27273 |
| 7239 | DOJ-FF-27428 to DOJ-FF-27428 |
| 7481 | DOJ-FF-27905 to DOJ-FF-27905 |
| 7589 | DOJ-FF-28087 to DOJ-FF-28087 |
| 7608 | DOJ-FF-28124 to DOJ-FF-28124 |
| 7610 | DOJ-FF-28126 to DOJ-FF-28126 |
| 7706 | DOJ-FF-28469 to DOJ-FF-28469 |

| | |
|---|---|
| 7707 | DOJ-FF-28470 to DOJ-FF-28470 |
| 7710 | DOJ-FF-28473 to DOJ-FF-28473 |
| 7712 | DOJ-FF-28475 to DOJ-FF-28475 |
| 7713 | DOJ-FF-28476 to DOJ-FF-28476 |
| 7755 | DOJ-FF-28731 to DOJ-FF-28731 |
| 7757 | DOJ-FF-28733 to DOJ-FF-28733 |
| 7759 | DOJ-FF-28736 to DOJ-FF-28736 |
| 7764 | DOJ-FF-28745 to DOJ-FF-28745 |
| 7777 | DOJ-FF-28771 to DOJ-FF-28772 |
| 7779 | DOJ-FF-28774 to DOJ-FF-28775 |
| 7800 | DOJ-FF-28811 to DOJ-FF-28811 |
| 7802 | DOJ-FF-28814 to DOJ-FF-28814 |
| 7825 | DOJ-FF-28839 to DOJ-FF-28839 |
| 7829 | DOJ-FF-28843 to DOJ-FF-28843 |
| 7837 | DOJ-FF-28852 to DOJ-FF-28853 |
| 7841 | DOJ-FF-28858 to DOJ-FF-28858 |
| 7851 | DOJ-FF-28873 to DOJ-FF-28873 |
| 7934 | DOJ-FF-29082 to DOJ-FF-29082 |
| 7937 | DOJ-FF-29177 to DOJ-FF-29177 |
| 7940 | DOJ-FF-29272 to DOJ-FF-29272 |
| 7946 | DOJ-FF-29462 to DOJ-FF-29462 |
| 7949 | DOJ-FF-29557 to DOJ-FF-29557 |
| 8126 | DOJ-FF-30294 to DOJ-FF-30295 |
| 8165 | DOJ-FF-30441 to DOJ-FF-30441 |
| 8166 | DOJ-FF-30442 to DOJ-FF-30442 |
| 8179 | DOJ-FF-30473 to DOJ-FF-30473 |
| 8185 | DOJ-FF-30559 to DOJ-FF-30559 |
| 8189 | DOJ-FF-30633 to DOJ-FF-30633 |
| 8191 | DOJ-FF-30635 to DOJ-FF-30635 |
| 8193 | DOJ-FF-30637 to DOJ-FF-30637 |
| 8194 | DOJ-FF-30638 to DOJ-FF-30638 |
| 8226 | DOJ-FF-30720 to DOJ-FF-30720 |
| 8230 | DOJ-FF-30726 to DOJ-FF-30726 |
| 8231 | DOJ-FF-30727 to DOJ-FF-30727 |
| 8242 | DOJ-FF-30746 to DOJ-FF-30746 |
| 8246 | DOJ-FF-30834 to DOJ-FF-30834 |
| 8251 | DOJ-FF-30910 to DOJ-FF-30910 |
| 8254 | DOJ-FF-30954 to DOJ-FF-30954 |
| 8279 | DOJ-FF-31195 to DOJ-FF-31195 |
| 8497 | DOJ-FF-31830 to DOJ-FF-31830 |
| 8537 | DOJ-FF-32267 to DOJ-FF-32267 |

| | |
|---|---|
| 8623 | DOJ-FF-32987 to DOJ-FF-32987 |
| 8635 | DOJ-FF-33015 to DOJ-FF-33015 |
| 8641 | DOJ-FF-33060 to DOJ-FF-33060 |
| 8643 | DOJ-FF-33075 to DOJ-FF-33075 |
| 8651 | DOJ-FF-33135 to DOJ-FF-33135 |
| 8655 | DOJ-FF-33165 to DOJ-FF-33165 |
| 8657 | DOJ-FF-33180 to DOJ-FF-33180 |
| 8771 | DOJ-FF-33532 to DOJ-FF-33532 |
| 9054 | DOJ-FF-34732 to DOJ-FF-34733 |
| 9268 | DOJ-FF-36444 to DOJ-FF-36444 |
| 9270 | DOJ-FF-36447 to DOJ-FF-36447 |
| 9272 | DOJ-FF-36479 to DOJ-FF-36479 |
| 9274 | DOJ-FF-36485 to DOJ-FF-36485 |
| 9479 | DOJ-FF-37051 to DOJ-FF-37051 |
| 9586 | DOJ-FF-37282 to DOJ-FF-37282 |
| 9891 | DOJ-FF-38549 to DOJ-FF-38549 |
| 9919 | DOJ-FF-39155 to DOJ-FF-39155 |
| 9921 | DOJ-FF-39158 to DOJ-FF-39158 |
| 9923 | DOJ-FF-39161 to DOJ-FF-39161 |
| 10002 | DOJ-FF-39368 to DOJ-FF-39373 |
| 10004 | DOJ-FF-39375 to DOJ-FF-39380 |
| 10011 | DOJ-FF-39403 to DOJ-FF-39409 |
| 10208 | DOJ-FF-40344 to DOJ-FF-40345 |
| 10261 | DOJ-FF-40551 to DOJ-FF-40551 |
| 10263 | DOJ-FF-40554 to DOJ-FF-40554 |
| 10265 | DOJ-FF-40557 to DOJ-FF-40557 |
| 10297 | DOJ-FF-40630 to DOJ-FF-40630 |
| 10320 | DOJ-FF-40760 to DOJ-FF-40760 |
| 10322 | DOJ-FF-40763 to DOJ-FF-40763 |
| 10324 | DOJ-FF-40766 to DOJ-FF-40767 |
| 10335 | DOJ-FF-40798 to DOJ-FF-40798 |
| 10337 | DOJ-FF-40804 to DOJ-FF-40804 |
| 10371 | DOJ-FF-41028 to DOJ-FF-41028 |
| 10527 | DOJ-FF-42216 to DOJ-FF-42216 |
| 10542 | DOJ-FF-42252 to DOJ-FF-42252 |
| 10578 | DOJ-FF-42337 to DOJ-FF-42337 |
| 10580 | DOJ-FF-42429 to DOJ-FF-42429 |
| 10695 | DOJ-FF-42972 to DOJ-FF-42972 |
| 10771 | DOJ-FF-43357 to DOJ-FF-43357 |
| 10784 | DOJ-FF-43754 to DOJ-FF-43754 |
| 10864 | DOJ-FF-44170 to DOJ-FF-44170 |

| | |
|---|---|
| 10881 | DOJ-FF-44274 to DOJ-FF-44274 |
| 10965 | DOJ-FF-44488 to DOJ-FF-44488 |
| 11025 | DOJ-FF-44753 to DOJ-FF-44753 |
| 11037 | DOJ-FF-44797 to DOJ-FF-44797 |
| 11038 | DOJ-FF-44798 to DOJ-FF-44799 |
| 11039 | DOJ-FF-44800 to DOJ-FF-44801 |
| 11087 | DOJ-FF-44876 to DOJ-FF-44876 |
| 11102 | DOJ-FF-44893 to DOJ-FF-44893 |
| 11149 | DOJ-FF-45250 to DOJ-FF-45250 |
| 11181 | DOJ-FF-45630 to DOJ-FF-45630 |
| 11227 | DOJ-FF-46005 to DOJ-FF-46005 |
| 11247 | DOJ-FF-46102 to DOJ-FF-46102 |
| 11258 | DOJ-FF-46151 to DOJ-FF-46151 |
| 11271 | DOJ-FF-46226 to DOJ-FF-46247 |
| 11282 | DOJ-FF-46279 to DOJ-FF-46280 |
| 11283 | DOJ-FF-46281 to DOJ-FF-46282 |
| 11296 | DOJ-FF-46310 to DOJ-FF-46310 |
| 11344 | DOJ-FF-46668 to DOJ-FF-46669 |
| 11408 | DOJ-FF-47016 to DOJ-FF-47016 |
| 11410 | DOJ-FF-47028 to DOJ-FF-47028 |
| 11412 | DOJ-FF-47030 to DOJ-FF-47030 |
| 11413 | DOJ-FF-47031 to DOJ-FF-47031 |
| 11428 | DOJ-FF-47127 to DOJ-FF-47127 |
| 11464 | DOJ-FF-47247 to DOJ-FF-47248 |
| 11471 | DOJ-FF-47263 to DOJ-FF-47263 |
| 11485 | DOJ-FF-47305 to DOJ-FF-47305 |
| 11489 | DOJ-FF-47317 to DOJ-FF-47317 |
| 11555 | DOJ-FF-47983 to DOJ-FF-47984 |
| 11584 | DOJ-FF-48053 to DOJ-FF-48053 |
| 11586 | DOJ-FF-48058 to DOJ-FF-48058 |
| 11591 | DOJ-FF-48069 to DOJ-FF-48069 |
| 11604 | DOJ-FF-48085 to DOJ-FF-48085 |
| 11653 | DOJ-FF-48180 to DOJ-FF-48180 |
| 11691 | DOJ-FF-48309 to DOJ-FF-48309 |
| 11693 | DOJ-FF-48314 to DOJ-FF-48314 |
| 11698 | DOJ-FF-48322 to DOJ-FF-48322 |
| 11700 | DOJ-FF-48324 to DOJ-FF-48324 |
| 11701 | DOJ-FF-48325 to DOJ-FF-48326 |
| 11703 | DOJ-FF-48329 to DOJ-FF-48330 |
| 11705 | DOJ-FF-48333 to DOJ-FF-48334 |
| 11707 | DOJ-FF-48337 to DOJ-FF-48337 |

| | |
|---|---|
| 11714 | DOJ-FF-48359 to DOJ-FF-48360 |
| 11728 | DOJ-FF-48408 to DOJ-FF-48408 |
| 11797 | DOJ-FF-48605 to DOJ-FF-48605 |
| 11828 | DOJ-FF-48640 to DOJ-FF-48640 |
| 11873 | DOJ-FF-48724 to DOJ-FF-48724 |
| 11878 | DOJ-FF-48734 to DOJ-FF-48734 |
| 11880 | DOJ-FF-48738 to DOJ-FF-48738 |
| 11885 | DOJ-FF-48747 to DOJ-FF-48747 |
| 11920 | DOJ-FF-48787 to DOJ-FF-48787 |
| 12037 | DOJ-FF-48957 to DOJ-FF-48957 |
| 12041 | DOJ-FF-48983 to DOJ-FF-48984 |
| 12043 | DOJ-FF-48997 to DOJ-FF-48998 |
| 12045 | DOJ-FF-49011 to DOJ-FF-49011 |
| 12074 | DOJ-FF-49096 to DOJ-FF-49096 |
| 12075 | DOJ-FF-49097 to DOJ-FF-49097 |
| 12077 | DOJ-FF-49110 to DOJ-FF-49110 |
| 12101 | DOJ-FF-49192 to DOJ-FF-49192 |
| 12132 | DOJ-FF-49268 to DOJ-FF-49270 |
| 12134 | DOJ-FF-49272 to DOJ-FF-49274 |
| 12146 | DOJ-FF-49334 to DOJ-FF-49336 |
| 12224 | DOJ-FF-49695 to DOJ-FF-49697 |
| 12234 | DOJ-FF-49753 to DOJ-FF-49755 |
| 12307 | DOJ-FF-50087 to DOJ-FF-50087 |
| 12309 | DOJ-FF-50098 to DOJ-FF-50098 |
| 12313 | DOJ-FF-50120 to DOJ-FF-50120 |
| 12333 | DOJ-FF-50212 to DOJ-FF-50212 |
| 12334 | DOJ-FF-50213 to DOJ-FF-50213 |
| 12346 | DOJ-FF-50225 to DOJ-FF-50226 |
| 12351 | DOJ-FF-50234 to DOJ-FF-50235 |
| 12352 | DOJ-FF-50236 to DOJ-FF-50237 |
| 12355 | DOJ-FF-50242 to DOJ-FF-50243 |
| 12356 | DOJ-FF-50244 to DOJ-FF-50245 |
| 12562 | DOJ-FF-51082 to DOJ-FF-51082 |
| 12564 | DOJ-FF-51085 to DOJ-FF-51085 |
| 12570 | DOJ-FF-51093 to DOJ-FF-51093 |
| 12656 | DOJ-FF-51300 to DOJ-FF-51300 |
| 12658 | DOJ-FF-51319 to DOJ-FF-51319 |
| 12680 | DOJ-FF-51386 to DOJ-FF-51386 |
| 12684 | DOJ-FF-51392 to DOJ-FF-51392 |
| 12686 | DOJ-FF-51395 to DOJ-FF-51395 |
| 12747 | DOJ-FF-51871 to DOJ-FF-51871 |

| | |
|---|---|
| 12822 | DOJ-FF-52152 to DOJ-FF-52153 |
| 12830 | DOJ-FF-52238 to DOJ-FF-52239 |
| 12833 | DOJ-FF-52242 to DOJ-FF-52242 |
| 12835 | DOJ-FF-52277 to DOJ-FF-52278 |
| 12839 | DOJ-FF-52349 to DOJ-FF-52349 |
| 12841 | DOJ-FF-52384 to DOJ-FF-52384 |
| 12843 | DOJ-FF-52391 to DOJ-FF-52391 |
| 12845 | DOJ-FF-52426 to DOJ-FF-52426 |
| 12908 | DOJ-FF-52929 to DOJ-FF-52929 |
| 12911 | DOJ-FF-52937 to DOJ-FF-52937 |
| 12914 | DOJ-FF-52945 to DOJ-FF-52946 |
| 12915 | DOJ-FF-52947 to DOJ-FF-52948 |
| 12933 | DOJ-FF-53028 to DOJ-FF-53028 |
| 13086 | DOJ-FF-55001 to DOJ-FF-55001 |
| 13150 | DOJ-FF-55410 to DOJ-FF-55411 |
| 13305 | DOJ-FF-55982 to DOJ-FF-55982 |
| 13309 | DOJ-FF-55989 to DOJ-FF-55990 |
| 13324 | DOJ-FF-56042 to DOJ-FF-56042 |
| 13326 | DOJ-FF-56044 to DOJ-FF-56044 |
| 13390 | DOJ-FF-56456 to DOJ-FF-56456 |
| 13434 | DOJ-FF-56576 to DOJ-FF-56576 |
| 13440 | DOJ-FF-56582 to DOJ-FF-56582 |
| 13446 | DOJ-FF-56588 to DOJ-FF-56588 |
| 13448 | DOJ-FF-56590 to DOJ-FF-56590 |
| 13467 | DOJ-FF-56609 to DOJ-FF-56609 |
| 13495 | DOJ-FF-56670 to DOJ-FF-56670 |
| 13499 | DOJ-FF-56680 to DOJ-FF-56680 |
| 13559 | DOJ-FF-56890 to DOJ-FF-56890 |
| 13616 | DOJ-FF-57054 to DOJ-FF-57054 |
| 13620 | DOJ-FF-57058 to DOJ-FF-57058 |
| 13628 | DOJ-FF-57087 to DOJ-FF-57087 |
| 13632 | DOJ-FF-57112 to DOJ-FF-57112 |
| 13702 | DOJ-FF-57536 to DOJ-FF-57536 |
| 13733 | DOJ-FF-57664 to DOJ-FF-57664 |
| 13755 | DOJ-FF-57696 to DOJ-FF-57696 |
| 13817 | DOJ-FF-57792 to DOJ-FF-57792 |
| 13898 | DOJ-FF-57902 to DOJ-FF-57902 |
| 13903 | DOJ-FF-57932 to DOJ-FF-57933 |
| 13905 | DOJ-FF-57936 to DOJ-FF-57936 |
| 14175 | DOJ-FF-58681 to DOJ-FF-58681 |
| 14231 | DOJ-FF-58869 to DOJ-FF-58869 |

| | |
|---|---|
| 14242 | DOJ-FF-58919 to DOJ-FF-58919 |
| 14244 | DOJ-FF-58921 to DOJ-FF-58921 |
| 14258 | DOJ-FF-58957 to DOJ-FF-58957 |
| 14262 | DOJ-FF-58961 to DOJ-FF-58961 |
| 14443 | DOJ-FF-59849 to DOJ-FF-59850 |
| 14498 | DOJ-FF-60023 to DOJ-FF-60023 |
| 14501 | DOJ-FF-60026 to DOJ-FF-60026 |
| 14506 | DOJ-FF-60031 to DOJ-FF-60031 |
| 14507 | DOJ-FF-60032 to DOJ-FF-60032 |
| 14509 | DOJ-FF-60034 to DOJ-FF-60034 |
| 14512 | DOJ-FF-60037 to DOJ-FF-60037 |
| 14518 | DOJ-FF-60043 to DOJ-FF-60043 |
| 14520 | DOJ-FF-60045 to DOJ-FF-60045 |
| 14565 | DOJ-FF-60099 to DOJ-FF-60099 |
| 14623 | DOJ-FF-60197 to DOJ-FF-60197 |
| 14625 | DOJ-FF-60199 to DOJ-FF-60200 |
| 14630 | DOJ-FF-60207 to DOJ-FF-60207 |
| 14635 | DOJ-FF-60212 to DOJ-FF-60212 |
| 14637 | DOJ-FF-60214 to DOJ-FF-60214 |
| 14672 | DOJ-FF-60261 to DOJ-FF-60261 |
| 14727 | DOJ-FF-60384 to DOJ-FF-60384 |
| 14732 | DOJ-FF-60404 to DOJ-FF-60404 |
| 14738 | DOJ-FF-60425 to DOJ-FF-60425 |
| 14740 | DOJ-FF-60427 to DOJ-FF-60427 |
| 14742 | DOJ-FF-60434 to DOJ-FF-60434 |
| 14743 | DOJ-FF-60435 to DOJ-FF-60435 |
| 14748 | DOJ-FF-60444 to DOJ-FF-60444 |
| 14823 | DOJ-FF-60674 to DOJ-FF-60674 |
| 14824 | DOJ-FF-60675 to DOJ-FF-60675 |
| 14834 | DOJ-FF-60687 to DOJ-FF-60687 |
| 14835 | DOJ-FF-60688 to DOJ-FF-60688 |
| 14861 | DOJ-FF-60738 to DOJ-FF-60738 |
| 14884 | DOJ-FF-60869 to DOJ-FF-60869 |
| 14947 | DOJ-FF-61138 to DOJ-FF-61138 |
| 14989 | DOJ-FF-61223 to DOJ-FF-61223 |
| 14997 | DOJ-FF-61263 to DOJ-FF-61263 |
| 15055 | DOJ-FF-61367 to DOJ-FF-61367 |
| 15161 | DOJ-FF-61808 to DOJ-FF-61808 |
| 15244 | DOJ-FF-62016 to DOJ-FF-62016 |
| 15245 | DOJ-FF-62017 to DOJ-FF-62017 |
| 15308 | DOJ-FF-62177 to DOJ-FF-62177 |

| | |
|---|---|
| 15310 | DOJ-FF-62211 to DOJ-FF-62211 |
| 15318 | DOJ-FF-62291 to DOJ-FF-62291 |
| 15322 | DOJ-FF-62302 to DOJ-FF-62302 |
| 15327 | DOJ-FF-62314 to DOJ-FF-62314 |
| 15334 | DOJ-FF-62333 to DOJ-FF-62333 |
| 15338 | DOJ-FF-62341 to DOJ-FF-62341 |
| 15348 | DOJ-FF-62366 to DOJ-FF-62366 |
| 15349 | DOJ-FF-62367 to DOJ-FF-62367 |
| 15386 | DOJ-FF-62482 to DOJ-FF-62482 |
| 15489 | DOJ-FF-62795 to DOJ-FF-62795 |
| 15519 | DOJ-FF-62854 to DOJ-FF-62854 |
| 15523 | DOJ-FF-62864 to DOJ-FF-62864 |
| 15543 | DOJ-FF-62899 to DOJ-FF-62899 |