**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    *Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

# **EXHIBIT I**

| Documents with No "Withholding Description" Given ||
|---|---|
| DOCUMENT NUMBER | BATES RANGES |
| = Not Produced (9 documents) | = Redacted in Full (6 documents) |
| 845 | DOJ-FF-03726 to DOJ-FF-03728 |
| 1164 | DOJ-FF-04953 to DOJ-FF-04953 |
| 1272 | DOJ-FF-05456 to DOJ-FF-05457 |
| 1287 | DOJ-FF-05599 to DOJ-FF-05600 |
| 2517 | DOJ-FF-10181 to DOJ-FF-10185 |
| 2530 | DOJ-FF-10328 to DOJ-FF-10328 |
| 3118 | DOJ-FF-12123 to DOJ-FF-12123 |
| 4950 | DOJ-FF-21228 to DOJ-FF-21228 |
| 4951 | DOJ-FF-21229 to DOJ-FF-21229 |
| 5045 | DOJ-FF-21488 to DOJ-FF-21488 |
| 5146 | DOJ-FF-22145 to DOJ-FF-22145 |
| 6005 | DOJ-FF-24160 to DOJ-FF-24160 |
| 6453 | DOJ-FF-25234 to DOJ-FF-25234 |
| 6545 | DOJ-FF-25440 to DOJ-FF-25441 |
| 6555 | DOJ-FF-25464 to DOJ-FF-25465 |
| 6559 | DOJ-FF-25474 to DOJ-FF-25475 |
| 6778 | DOJ-FF-25897 to DOJ-FF-25898 |
| 6779 | DOJ-FF-25899 to DOJ-FF-25902 |
| 6781 | DOJ-FF-25904 to DOJ-FF-25907 |
| 6782 | DOJ-FF-25908 to DOJ-FF-25909 |
| 6796 | DOJ-FF-25931 to DOJ-FF-25934 |
| 6797 | DOJ-FF-25935 to DOJ-FF-25936 |
| 7038 | DOJ-FF-26927 to DOJ-FF-26927 |
| 7256 | DOJ-FF-27451 to DOJ-FF-27451 |
| 7948 | DOJ-FF-29465 to DOJ-FF-29556 |
| 8168 | DOJ-FF-30444 to DOJ-FF-30450 |
| 8589 | DOJ-FF-32749 to DOJ-FF-32763 |
| 8590 | DOJ-FF-32764 to DOJ-FF-32778 |
| 8640 | DOJ-FF-33046 to DOJ-FF-33059 |
| 9136 | DOJ-FF-35616 to DOJ-FF-35616 |
| 9140 | DOJ-FF-35623 to DOJ-FF-35623 |
| 9142 | DOJ-FF-35626 to DOJ-FF-35626 |
| 9143 | DOJ-FF-35627 to DOJ-FF-35627 |
| 10483 | DOJ-FF-42040 to DOJ-FF-42041 |
| 10668 | DOJ-FF-42928 to DOJ-FF-42930 |
| 10887 | DOJ-FF-44291 to DOJ-FF-44292 |
| 10888 | DOJ-FF-44293 to DOJ-FF-44294 |
| 11011 | DOJ-FF-44615 to DOJ-FF-44616 |

| | |
|---|---|
| 11499 | DOJ-FF-47338 to DOJ-FF-47340 |
| 11553 | DOJ-FF-47981 to DOJ-FF-47981 |
| 12148 | DOJ-FF-49340 to DOJ-FF-49340 |
| 12253 | DOJ-FF-49829 to DOJ-FF-49834 |
| 12254 | DOJ-FF-49835 to DOJ-FF-49840 |
| 12255 | DOJ-FF-49841 to DOJ-FF-49846 |
| 12256 | DOJ-FF-49847 to DOJ-FF-49852 |
| 12257 | DOJ-FF-49853 to DOJ-FF-49858 |
| 12486 | DOJ-FF-50904 to DOJ-FF-50905 |
| 12888 | DOJ-FF-52691 to DOJ-FF-52692 |
| 13036 | DOJ-FF-53988 to DOJ-FF-54005 |
| 13861 | DOJ-FF-57858 to DOJ-FF-57858 |
| 14154 | DOJ-FF-58615 to DOJ-FF-58616 |
| 14376 | DOJ-FF-59530 to DOJ-FF-59535 |
| 15002 | DOJ-FF-61270 to DOJ-FF-61270 |
| 15044 | DOJ-FF-61346 to DOJ-FF-61347 |
| 15638 | DOJ-FF-64162 to DOJ-FF-64162 |