*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL

Ex. E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1510 (JDB) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Defendant U.S. Department of Justice ("Department") and Plaintiff Judicial Watch, Inc. ("Judicial Watch") have conferred and hereby submit the following joint status report:

1. On October 22, 2014, consistent with the Court's Order of July 18, 2014 (ECF No. 38), as modified by the Court's Order of September 23, 2014 (ECF No. 45), the Department provided to Judicial Watch a draft *Vaughn* index documenting the withholdings then at issue in this case. Joint Status Report (ECF No. 46) ¶ 1. The Department thereafter indicated that it would provide to Judicial Watch records that had been provided on November 4, 2014, to the plaintiff in *Committee on Oversight and Government Reform, U.S. House of Representatives v. Holder*, 1:12-cv-1332 (ABJ) (D.D.C.), that were responsive to Judicial Watch's FOIA request, subject to additional redactions as appropriate. *Id.* ¶¶ 2-3. The records were to be provided to Judicial Watch by November 18, 2014, upon completion of the Department's review. *Id.* ¶¶ 3-4. The Department subsequently completed its review of the records, and on November 18, 2014, provided them to Judicial Watch.

2. Judicial Watch reviewed the records the Department provided. *Cf. id.* ¶¶ 3-4. On December 31, 2014, Judicial Watch notified the Department of the withholdings about which it

desired additional information, and which it might potentially challenge. *Cf. id.* The Parties on that day and thereafter engaged in further discussion in an effort to narrow these remaining disputes. *Cf. id.* The Parties were able to resolve these matters, and on January 6, 2015, Judicial Watch informed the Department that it no longer challenges any of the Department's withholdings and whether any additional material may be segregated.

3. The Parties are in agreement and do hereby stipulate that there are no issues to be resolved by this Court concerning the Department's production in response to Judicial Watch's FOIA request. However, the issue of whether Plaintiff is eligible for and entitled to an award of attorneys' fees and related costs remains.

4. In an attempt to resolve the outstanding issue without the Court's intervention, the Parties respectfully request that Plaintiff have until and including March 13, 2015 to file its motion for attorneys' fees and other litigation costs; that the Department have until and including April 10, 2015 to file its opposition; and that Plaintiff have until and including May 1, 2015 to file its reply.

5. If the parties resolve the issue prior to March 13, 2015, the Parties will notify the Court at such time.

Dated: January 16, 2015                              Respectfully submitted,


/s/ Michael Bekesha                                  JOYCE R. BRANDA
Michael Bekesha                                      Acting Assistant Attorney General
D.C. Bar No. 995749
JUDICIAL WATCH, INC.                                 JOHN R. TYLER
425 Third Street, S.W., Suite 800                    Assistant Director
Washington, DC 20024                                 Federal Programs Branch
Tel: (202) 646.5172
Fax: (202) 646.5199                                  /s/ Gregory Dworkowitz
                                                     GREGORY DWORKOWITZ
*Counsel for Plaintiff*                              N.Y. Bar Registration No. 4796041
                                                     Trial Attorney
                                                     United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     20 Massachusetts Avenue, N.W.
                                                     Washington, D.C. 20530
                                                     Telephone: (202) 305-8576
                                                     Fax: (202) 616-8470
                                                     Email: gregory.p.dworkowitz@usdoj.gov
                                                     Attorneys for Defendant