*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL

Ex. F

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3   Committee on Oversight and      )
     Government Reform, United       )
 4   States House of Representatives,)   File No:  12-CV-1332
                                     )
 5              Plaintiff,            )   Date:  August 20, 2014
                                     )   Time:  11:03 a.m.
 6   vs.                              )
                                     )   STATUS CONFERENCE
 7   Eric H. Holder, Jr.,             )
                                     )
 8              Defendant.            )

 9   ─────────────────────────────────────────────────

10              TRANSCRIPT OF STATUS CONFERENCE
11                       HELD BEFORE
              THE HONORABLE AMY BERMAN JACKSON
12                UNITED STATES DISTRICT JUDGE

13   ─────────────────────────────────────────────────

14   APPEARANCES:
15

16   For the Plaintiff:      Mr. Kerry W. Kircher
                             Mr. William Pittard
17                           U.S. House of Representatives
                             219 Cannon Building
18                           Washington, DC   20515

19
     For the Defendant:      Ms. Kathleen R. Hartnett
20                           U.S. Department of Justice
                             Civil Division
21                           950 Pennsylvania Avenue, NW
                             Washington, DC   20530
22
                             Mr. John R. Tyler
23                           Mr. Gregory P. Dworkowitz
                             U.S. Department of Justice
24                           Civil Division
                             20 Massachusetts Avenue, NW
25                           Washington, DC   20530
```

```
 1   documents and the list shall be produced to the Committee on
 2   October 1, which is six weeks from today.  And that the
 3   parties shall file a notice identifying any disputed
 4   privilege claims on October 17.  If those dates are
 5   unrealistic, the parties may jointly file a proposed
 6   alternative schedule on September 2.  Preferably, it would
 7   be a jointly-proposed alternative schedule.  But if under
 8   some odd circumstance the parties are unable to agree, the
 9   Attorney General, if he's seeking an extension, must file
10   something on September 2 that sets forth and justifies a
11   different schedule.  Any response by the Committee would be
12   due on September 8, and then I will rule on what the
13   schedule should be.
14         So I believe I've dispensed with both of the
15   pending motions for summary judgment.  And I also will deny
16   the motion to strike, which I found to be unnecessary in any
17   event, as moot, given the fact that the motions for summary
18   judgment have both been denied.
19         Not really planning on argument today, but if
20   anybody has any questions about what I just said, I'm happy
21   to entertain them.  Or anything else that you need to bring
22   to my attention at this point.
23         MR. KIRCHER:  Just one question, Your Honor.  Will
24   you be entering a written order to this effect?  Or should
25   we order the transcript in order to get the details of what
```