*Comm. on Oversight & Gov't Reform, U.S. House of Reps. v. Holder*, No. 12-1332 (ABJ)

DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL

Ex. G

**Axelrod, Matthew (ODAG)**

| | |
|---|---|
| **From:** | Siskel, Edward [Edward N. Siskel] |
| **Sent:** | Friday, April 01, 2011 11:42 AM |
| **To:** | Axelrod, Matthew (ODAG) |
| **Subject:** | FW: FOX News: Darrell Issa (rough transcript) |

In case you haven't seen this.

http://www.shadowtv.com/redirect/notification.jsp?vid=f54035079cec4727f52d837e0298dfef

ANCHOR: Congressman Darrell Issa, firing off a letter to Secretary of State Hillary Clinton, he wants her department to come clean on an allegedly botched sting operation involving trafficking illegal weapons to Mexico. According to the congressman, the operation likely resulted in the murders of two American border patrol agents, Brian Terry and ice agent Jaime Zapata. Here now, Darrell Issa, chairman of the committee on oversight and government reform. Congressman Issa, why subpoenas for the secretary of state's office?

ISSA: we haven't yet subpoenaed the secretary of state. We're hoping that Secretary Clinton will see the reason that we have every right to the specific, narrowly crafted documents that we've asked for. More importantly, we found it necessary to subpoena the alcohol, tobacco and firearms documents because they first told Senator Grassley they wouldn't give them to him because he wasn't a chairman, then they simply didn't tell us anything when the deadline came and went for delivery of, even though I am a chairman, so finally we felt we had no choice but to start getting to the bottom of what Senator Grassley led and now my committee is also following, which is -- it's not just a scandal. It's clearly a crime and clearly, there are US agents that are dead and reportedly many, many, many more Mexicans who are dead as a result of these weapons that went over the border with knowledge of the government

ANCHOR: we have touched on this story many times before and I think our viewers know it, but the allegation is that the alcohol, tobacco and firearms department allowed these guns to be smuggled across the border into Mexico, hoping to be able to track them, trace them, follow them to the drug cartels and make larger busts, but the accusation is that the weapons were then used in crimes that resulted in the deaths of Americans, among others.

ISSA: well, and you know, there are some undeniable facts here. First of all the serial numbers show they did come out of US gun shops and the ballistics show that one agent for sure was killed with one of these weapons. The guns shops said the alcohol, tobacco and firearms let us do it, at least one ATF whistleblower is confirming that. We're past allegations. What we're trying to get to is what were they thinking and what knew what, when. At the end of the day, this very much seems to be at sort of an Iran - contra, only worse.

ANCHOR: the Obama administration has promised transparency in its dealings. Are you finding that to be the case?

ISSA: well, that's sadly one of the things that we discovered in the minority and it's being shown even more in the majority is the transparency from the president appears to be ordered, but transparency by the department of justice and certainly by department of homeland security is not being executed. We had a hearing yesterday in which it was very clear that they even politicized FOIA requests by the press, so this is an administration that needs to get control of the various tentacles, including justice, homeland security, and of course ATF, to start being as transparent as the president has ordered them to be.

DOJ-FF-03845

ANCHOR: Congressman Darrell Issa, republican of California, and the man who is reading this investigation along with senator Charles Grassley.

**From:** Axelrod, Matthew (ODAG)
**To:** Monaco, Lisa (ODAG); Weiner, Robert (ODAG)
**CC:** Goldberg, Stuart (ODAG)
**Sent:** 3/22/2011 6:09:31 PM
**Subject:** Re: Draft response to Smith incoming of 3/9 re Gunrunner/Fast & Furious

No

**From:** Monaco, Lisa (ODAG)
**Sent:** Tuesday, March 22, 2011 02:08 PM
**To:** Axelrod, Matthew (ODAG); Weiner, Robert (ODAG)
**Cc:** Goldberg, Stuart (ODAG)
**Subject:** Fw: Draft response to Smith incoming of 3/9 re Gunrunner/Fast & Furious

Have u guys seen this?

**From:** Burton, Faith (SMO)
**Sent:** Tuesday, March 22, 2011 01:32 PM
**To:** Goldberg, Stuart (ODAG); Monaco, Lisa (ODAG)
**Cc:** Weich, Ron (SMO); Admin. Assistant (JMD); Gaston, Molly (SMO)
**Subject:** Draft response to Smith incoming of 3/9 re Gunrunner/Fast & Furious

Please see the enclosed draft, which we have crafted with input from CRM and USA/Arizona, and provided to ATF. We were mindful of the comments you all and the DAG made yesterday at the meeting; please advise of your views. Admin. Assistant please send the incoming to all to facilitate ODAG review. Thanks.  FB <<smith gunrunner clean.docx>>

| | |
|---|---|
| **From:** | Admin. Assistant (JMD) |
| **To:** | Gaston, Molly (SMO); Weich, Ron (SMO); Admin. Assistant (SMO) |
| **CC:** | Appelbaum, Judy (SMO); Burton, Faith (SMO) |
| **Sent:** | 4/14/2011 2:50:42 PM |
| **Subject:** | RE: Grassley on floor on ATF matter |
| **Attachments:** | Unofficial Transcript - Grassley 4 14 11 Floor Statement.docx |

Pasted below and attached is a very rough, unofficial transcription of Grassley's floor statement. I will pull the official transcript when it's available. Also, here's a better link to the floor statement: http://www.youtube.com/watch?v=mzf56e29zUw

SINCE JANUARY, I HAVE BEEN INVESTIGATING ALLEGATIONS FROM WHISTLEBLOWERS AT THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS. AND PRAISE THE LORD FOR WHISTLEBLOWERS IN THIS GOVERNMENT BECAUSE WE DON'T KNOW WHERE THE SKELETONS ARE BURIED, AND THEY HELP US TO DO OUR CONSTITUTIONAL ROLE OF OVERSIGHT CHECKS AND BALANCES OF GOVERNMENT.

THE A.T.F. IS SUPPOSED TO STOP CRIMINALS FROM TRAFFICKING GUNS TO MEXICAN DRUG CARTELS, WAS ACTUALLY MAKING THAT TRAFFICKING OF ARMS EASIER FOR THEM.

THAT WOULD BE BAD ENOUGH IF IT HAPPENED BECAUSE OF INCOMPETENCE OR TURF BATTLES, BUT IT LOOKS LIKE THE AGENCY WAS DOING THIS ON PURPOSE. THE GOVERNMENT ACTUALLY ENCOURAGED GUN DEALERS TO SELL MULTIPLE FIREARMS TO KNOWN AND SUSPECTED TRAFFICKERS.

TWO OF THOSE GUNS ENDED UP AT THE SCENE OF A MURDER OF U.S.
BORDER PATROL AGENT IN ARIZONA. HIS NAME WAS BRIAN TERRY, AND HIS FAMILY DESERVES ANSWERS FROM THEIR VERY OWN GOVERNMENT. ANSWERS.

I HAVE BEEN FIGHTING FOR THOSE I HAVE WRITTEN EIGHT LETTERS TO THE JUSTICE DEPARTMENT. I HAVE ASKED FOR DOCUMENTS. I'VE ASKED THAT SPECIFIC QUESTIONS BE ANSWERED.

AT FIRST, THE JUSTICE DEPARTMENT SIMPLY DENIED THE CHARGES.

THEN ONE OF THE WHISTLEBLOWERS WENT ON TELEVISION.
HE RISKED HIS CAREER TO TELL THE TRUTH ON "CBS EVENING NEWS." HE HAD A SENSE OF DUTY TO AGENT TERRY'S FAMILY, AND IN TURN TO GREAT COUNTRY.
THE ENTIRE POPULATION OF THIS HE COULD NOT BELIEVE THAT HIS OWN GOVERNMENT REFUSED TO COME CLEAN AND TO TELL THE TRUTH WHEN QUESTIONED BY THIS UNITED STATES SENATOR.

AND SO HE WENT PUBLIC TO SET THE RECORD STRAIGHT.

OTHER WHISTLEBLOWERS CONFIRMED WHAT THIS OTHER WHISTLEBLOWER HAD SAID. IN FACT, I RECEIVED INTERNAL GOVERNMENT DOCUMENTS THAT CONFIRMED WHAT HE SAID. ANONYMOUS PATRIOTS TRIED TO ENSURE THAT THE TRUTH WOULD COME OUT. AND YOU KNOW, THAT'S ABOUT THE ONLY CRIME THAT WHISTLEBLOWERS COMMIT, COMMITTING TRUTH.

ISN'T THAT SAD?

I FORWARDED MANY OF THOSE DOCUMENTS THAT I'VE RECEIVED CLANDESTINELY TO ATTORNEY GENERAL HOLDER AND ACTING DIRECTOR MELSON, AND I ASKED THEM HOW TO SQUARE THE DENIALS FROM THAT DEPARTMENT WITH THE EVIDENCE THAT I HAVE RECEIVED BOTH ORALLY

AND ON PAPER.

AT ATTORNEY GENERAL HOLDER'S CONFIRMATION HEARING, NOW TWO YEARS AGO, I TOLD HIM, AND I QUOTE MYSELF, "I EXPECT THAT YOU WILL BE RESPONSIVE TO MY OVERSIGHT WORK AND THAT MY QUESTIONS AND DOCUMENT REQUESTS WILL BE TAKEN SERIOUSLY. I HOPE THAT I HAVE YOUR ASSURANCE THAT IF YOU ARE CONFIRMED, YOU WILL ASSIST ME WITH OVERSIGHT ACTIVITIES, BE RESPONSIVE TO MY REQUESTS AND HELP ME MAKE THE JUSTICE DEPARTMENT ACCOUNTABLE." END OF THIS SENATOR'S QUOTE TWO YEARS AGO.

NOW, THE ATTORNEY GENERAL WHO WAS A NOMINEE AT THAT TIME RESPONDED, AND I QUOTE -- THIS IS BEFORE HIS CONFIRMATION --" I WILL TRY TO DO ALL THAT I CAN TO MAKE SURE THAT WE RESPOND FULLY AND IN A TIMELY FASHION TO THE VERY LEGITIMATE QUESTIONS THAT I KNOW THAT YOU HAVE PROPOUNDED TO THERE HAVE BEEN CAREFUL -- THERE HAVE TO BE CAREFUL CONTROLS IN AN OPERATION LIKE I JUST DESCRIBED.

LAW ENFORCEMENT SHOULD NOT CROSS THE LINE INTO ACTUALLY ASSISTING CRIMINALS JUST FOR THE SIMPLE PROCESS OF GATHERING INFORMATION. OPERATION SHOULD BE CAREFULLY FOCUSED ON STOPPING CRIME WITHOUT RISKING PUBLIC SAFETY. SEIZING CONTRABAND AND MAKING ARRESTS ARE THE MOST IMPORTANT GOALS.BIG HEADLINE-GRABBING CASES TO ADVANCE SOME PROSECUTOR'S CAREER SHOULD TAKE A BACK SEAT IN ANY OF THESE GAMBLES.

YESTERDAY, I SENT A LETTER TO ATTORNEY GENERAL HOLDER WITH SOME MORE DOCUMENTS, SO I'M SENDING THE DEPARTMENT DOCUMENTS THAT I'D LIKE TO HAVE THEM SEND ME.AND -- AND THESE ARE DOCUMENTS THAT MAYBE THE ATTORNEY GENERAL HIMSELF DIDN'T KNOW ABOUT.

THEY'RE EMAILS BETWEEN A FEDERALLY LICENSED FIREARMS DEALER AND THE SUPERVISOR IN THIS ARIZONA CASE KNOWN AS FAST AND FURIOUS.
IN ONE EMAIL, THE DEALER RAISES FOR A THIRD TIME NOW HIS CONCERNS ABOUT HOW THE CASE IS BEING HANDLED.

THIS TIME HE WAS PROMPTED BY A STORY ON FOX NEWS ABOUT THE GROWING FIREARMS PROBLEM ON OUR BORDER WITH MEXICO. THE DEALER WROTE -- AND THIS IS A LONG QUOTE, SO I START TO QUOTE NOW FROM THE GUN DEALER -- "THE SEGMENT IS DISTURBING TO ME. THESE GUNS WERE AT THE SCENE, AT LEAST.NOW, THAT EMAIL THAT I JUST QUOTED WAS SENT TO THE SUPERVISOR OF THE CASE SIX MONTHS BEFORE GUNS FROM THAT CASE WERE FOUND AT THE SCENE OF BORDER PATROL

AGENT BRIAN TERRY'S MURDER.THE GOVERNMENT PUT THESE FIREARMS DEALERS IN A COMPLETELY UNFAIR POSITION, AND LET ME EXPLAIN THAT, BECAUSE ON THE ONE HAND, THESE GUN DEALERS RELY UPON THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS FOR THEIR LICENSE TO EVEN BE ABLE TO BE IN BUSINESS.

SO, OF COURSE, THESE AGENTS WANT GOVERNMENT.
TO COOPERATE WITH THE WHEN YOU HAVE GOT THIS BIG CLUB HANGING OVER YOUR HEAD, WILL YOU BE LICENSED OR NOT LICENSED.

ON THE OTHER HAND, THE GOVERNMENT ASKS THESE GUN DEALERS TO KEEP SELLING TO THE BAD GUYS EVEN AFTER THE DEALERS TRAGEDY.

WARNED THAT IT MIGHT END IN NOW, I'M GOING TO DO WHATEVER IT TAKES TO GET TO THE BOTTOM OF THIS. WARNED THAT IT MIGHT END IN NOW, I'M GOING TO DO WHATEVER IT TAKES TO GET TO THE BOTTOM OF THIS.

THE HOUSE OVERSIGHT COMMITTEE HAS JOINED IN MY EFFORT AND ISSUED A SUBPOENA FOR DOCUMENTS. BECAUSE IT MIGHT DUPLICATE THE PROCESS IN THE HOUSE, I HAVE NOT SOUGHT ANY SUBPOENAS OR HEARINGS IN THE SENATE JUDICIARY COMMITTEE YET. I HAVE NOT EXERCISED MY RIGHT TO OBJECT TO ANY UNANIMOUS CONSENT REQUESTS ON NOMINATIONS BECAUSE OF THIS ISSUE YET. HOWEVER, I WANT MY COLLEAGUES AND OFFICIALS AT THE JUSTICE DEPARTMENT TO HEAR THIS LOUD AND CLEAR.

IF THAT'S WHAT IT TAKES, THEN I WILL TAKE THOSE ACTIONS.
I HOPE IT DOESN'T HAVE TO COME TO THAT. I HOPE THAT THE JUSTICE DEPARTMENT WILL DECIDE TO COOPERATE AND PROVIDE THE INFORMATION WE NEED, DOING OUR CONSTITUTIONAL RESPONSIBILITY OF OVERSIGHT TO MAKE SURE THE CHECKS AND BALANCES OF THE SYSTEM OF GOVERNMENT UNDER OUR CONSTITUTION IS WORKING.

NOW, IT'S BEEN NEARLY THREE ISSUE. MONTHS SINCE I FIRST RAISED THIS IT'S PAST TIME FOR THE JUSTICE DEPARTMENT TO COME CLEAN.

MADAM PRESIDENT, I ASK FOR CONSENT TO PUT A COPY OF THIS LETTER TO HOLDER IN THE RECORD.

---

**From:** Gaston, Molly (SMO)
**Sent:** Thursday, April 14, 2011 2:32 PM
**To:** Weich, Ron (SMO); Admin. Assistant (JMD); Admin. Assistant (SMO)
**Cc:** Appelbaum, Judy (SMO); Burton, Faith (SMO)
**Subject:** RE: Grassley on floor on ATF matter


Quick summary: Grassley repeated the allegations he's been making all along; cited the e-mails with the FFL he sent along with last night's letter; said he hasn't sought SJC hearings or subpoenas because that would be duplicative of HOGR; and that he hasn't yet held up nominations because of this issue, but will if that's what it takes.

---

**From:** Weich, Ron (SMO)
**Sent:** Thursday, April 14, 2011 2:20 PM
**To:** Admin. Assistant (JMD); Admin. Assistant (SMO)
**Cc:** Appelbaum, Judy (SMO); Burton, Faith (SMO); Gaston, Molly (SMO)
**Subject:** RE: Grassley on floor on ATF matter


Thanks. Adding Molly.

---

**From:** Admin. Assistant (JMD)
**Sent:** Thursday, April 14, 2011 2:16 PM
**To:** Weich, Ron (SMO); Admin. Assistant (SMO)
**Cc:** Appelbaum, Judy (SMO); Burton, Faith (SMO)
**Subject:** RE: Grassley on floor on ATF matter


While I piece together the informal transcript, here is a video link to Senator Grassley's 12 minute statement on the floor this morning about ATF (the link takes a minute to load).

http://www.c-spanvideo.org/videoLibrary/clip.php?appid=599837916

Thanks,

DOJ-FF-25026

[Admin. Assistant]

**From:** Weich, Ron (SMO)
**Sent:** Thursday, April 14, 2011 1:32 PM
**To:** [Admin. Assistant] (JMD); [Admin. Assistant] (SMO)
**Cc:** Appelbaum, Judy (SMO); Burton, Faith (SMO)
**Subject:** FW: Grassley on floor on ATF matter

[Admin. Assistant] or [Admin. Assistant] please get us the transcript of Grassley's floor remarks when available.

**From:** Appelbaum, Judy (SMO)
**Sent:** Thursday, April 14, 2011 12:55 PM
**To:** Weich, Ron (SMO); Burton, Faith (SMO)
**Subject:** Grassley on floor on ATF matter

Reading internal emails

*Judith C. Appelbaum*
*Deputy Assistant Attorney General*
*Office of Legislative Affairs*
*U.S. Department of Justice*
*950 Pennsylvania Ave. NW, Room 1143*
*Washington, D.C. 20530*
*202-616-7879 (tel)*
*judy.appelbaum@usdoj.gov*

**From:** Zubrensky, Michael (SMO)
**To:** Weich, Ron (SMO)
**Sent:** 5/5/2011 6:23:37 PM
**Subject:** RE: hold on DOJ noms --


I can ask you tomorrow at our 11 am noms meeting. Congrats on Cole!

**From:** Weich, Ron (SMO)
**Sent:** Thursday, May 05, 2011 1:57 PM
**To:** Zubrensky, Michael (SMO)
**Subject:** RE: hold on DOJ noms --

I'll fill you in sometime.

**From:** Zubrensky, Michael (SMO)
**Sent:** Thursday, May 05, 2011 1:35 PM
**To:** Weich, Ron (SMO)
**Subject:** Re: hold on DOJ noms --

What ATF documents?


**From:** Weich, Ron (SMO)
**Sent:** Thursday, May 05, 2011 01:20 PM
**To:** Delia, Bernard J. (USAEO); Burrows, Charlotte (SMO); Greenfeld, Helaine (SMO); Appelbaum, Judy (SMO); Admin. Assistant (SMO); Richardson, Margaret (SMO); Nancy.Scott-Finan@SMOJMD.USDOJ.gov <Nancy.Scott-Finan@SMOJMD.USDOJ.gov>; O'Donnell, Robert F. (SMO); Aguilar, Rita C. (SMO); Smith, Jessica A.; Schmaler, Tracy (SMO); Zubrensky, Michael (SMO)
**Subject:** hold on DOJ noms --


Grassley said today he will hold DOJ noms until he gets the ATF documents he has requested.

DOJ-FF-30637

| | |
|---|---|
| **From:** | Axelrod, Matthew (ODAG) |
| **To:** | Reich, Steven (ODAG) |
| **Sent:** | 6/16/2011 11:01:29 PM |
| **Subject:** | FW: PRODUCE BATCH 9 (PART I) |
| **Attachments:** | PRODUCE BATCH 9 (PART I).pdf |

**From:** Gaston, Molly (ATF)
**Sent:** Thursday, June 16, 2011 6:57 PM
**To:** Burton, Faith (SMO); Admin. Assistant (JMD); Axelrod, Matthew (ODAG)
**Cc:** Crabb, John D. (ATF)
**Subject:** FW: PRODUCE BATCH 9 (PART I)

Second half to come in a moment.

**From:** Hellman, Emily
**Sent:** Thursday, June 16, 2011 6:48 PM
**To:** Gaston, Molly
**Subject:** PRODUCE BATCH 9 (PART I)


*******

NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain Sensitive But Unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

DOJ-FF-43357

| | |
|---|---|
| **From:** | Burton, Faith (SMO) |
| **To:** | Reich, Steven (ODAG); Schmaler, Tracy (SMO); Richardson, Margaret (SMO); Wilkinson, Monty (OAG); Colborn, Paul P (SMO) |
| **CC:** | Gaston, Molly (SMO); Weich, Ron (SMO); Admin. Assistant )); Axelrod, Matthew (ODAG) |
| **Sent:** | 7/11/2011 2:40:06 PM |
| **Subject:** | FW: Letter to Director Mueller from Senator Grassley and Chairman Issa |
| **Attachments:** | 2011-07-11 DEI & Grassley to Mueller-FBI - Fast and Furious FBI communication due 7-25.pdf |

Please see the enclosed. FB

---

**From:** Castor, Stephen [mailto:Stephen.Castor@mail.house.gov]
**Sent:** Monday, July 11, 2011 2:00 PM
**To:** Beers, Elizabeth R. (FBI); James, Cordel A. (FBI)
**Cc:** Gaston, Molly (SMO); Burton, Faith (SMO); Axelrod, Matthew (ODAG); Foster, Jason (Judiciary-Rep); Pinto, Ashok; ceg@judiciary-rep.senate.gov
**Subject:** Letter to Director Mueller from Senator Grassley and Chairman Issa

Hi Beth and Cordel

Attached please find a letter from Senator Grassley and Chairman Issa.

Thank you,

Steve

**From:** Lehrich, Matt
**To:** Schmaler, Tracy (SMO)
**Sent:** 8/3/2011 12:35:25 PM
**Subject:** Re: presser

Cool. Thanks.

---

**From:** Schmaler, Tracy (SMO) <Tracy.Schmaler@usdoj.gov>
**To:** Lehrich, Matt
**Sent:** Wed Aug 03 12:34:50 2011
**Subject:** RE: presser

Few off topic but no news made.   Some on fast and furious, news corp and 9/11 family member meeting, and cve rollout from you guys today.

**From:** Lehrich, Matt [mailto: Matthew A. Lehrich ]
**Sent:** Wednesday, August 03, 2011 12:00 PM
**To:** Schmaler, Tracy (SMO)
**Subject:** presser

Any off-topic questions/answers that we should be aware of?

| | |
|---|---|
| **From:** | Richardson, Margaret (OAG) |
| **To:** | Burton, Faith (OLA); Reich, Steven (ODAG); Ramirez, Monica (ODAG); Crabb, John D. (USADC); Colborn, Paul P (OLC); Gaston, Molly (OLA); Kellner, Kenneth E. (OLA); Weich, Ron (OLA) |
| **CC:** | Admin. Assistant (OLA) |
| **Sent:** | 9/27/2011 9:50:00 PM |
| **Subject:** | Re: Final response to Smith's 5/3/ letter in redline and clean; we plan to send this in the morning with the referenced docs |

Tracy and I will have edits by tomorrow morning.

---

**From:** Burton, Faith (OLA)
**Sent:** Tuesday, September 27, 2011 06:05 PM
**To:** Reich, Steven (ODAG); Richardson, Margaret (OAG); Ramirez, Monica (ODAG); Crabb, John D. (USADC); Colborn, Paul P (OLC); Gaston, Molly (OLA); Kellner, Kenneth E. (OLA); Weich, Ron (OLA)
**Cc:** Admin. Assistant (OLA)
**Subject:** Final response to Smith's 5/3/ letter in redline and clean; we plan to send this in the morning with the referenced docs


If you have any final comments or questions, please let us know asap. Molly, please make sure that State understands we'll offer to make those docs available. Thanks. FB <<Smith ATF 927 clean.docx>> <<Smith ATF 927 redline.docx>>