**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND           )<br>GOVERNMENT REFORM,                             )<br>UNITED STATES HOUSE                             )<br>OF REPRESENTATIVES,                              )<br>                                                                       )<br>                    Plaintiff,                                  )<br>                                                                       )    Case No. 1:12-cv-1332 (ABJ)<br>          v.                                                        )<br>                                                                       )<br>ERIC H. HOLDER, JR.,                                 )<br>in his official capacity as                              )<br>Attorney General of the United States,       )<br>                                                                       )<br>                    Defendant.                             )<br>_____)  | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel, it is

**ORDERED** that Plaintiff's Motion to Compel is **DENIED** with prejudice.

It is further **ORDERED** that all material the U.S. Department of Justice has withheld in this case was properly withheld.

**SO ORDERED**.

_____

AMY BERMAN JACKSON
DATE:                                                                                  United States District Judge

Appendix

Pursuant to Local Rule 7(k), below is a list of the names and addresses of all attorneys entitled to be notified of entry of this order.

Eleni Maria Roumel
U.S. HOUSE OF REPRESENTATIVES
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Fax: (202) 226-1360
Email: eleni.roumel@mail.house.gov

Isaac Benjamin Rosenberg
U.S. HOUSE OF REPRESENTATIVES
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Fax: (202) 226-1360
Email: isaac.rosenberg@mail.house.gov

Kerry William Kircher
U.S. HOUSE OF REPRESENTATIVES
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Fax: (202) 226-1360
Email: kerry.kircher@mail.house.gov

Todd Barry Tatelman
U.S. HOUSE OF REPRESENTATIVES
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515
(202) 225-9700
Fax: (202) 226-1360
Email: todd.tatelman@mail.house.gov

William Bullock Pittard , IV
U.S. HOUSE OF REPRESENTATIVES
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515

(202) 225-9700
Fax: (202) 226-1360
Email: william.pittard@mail.house.gov

Bradley P. Humphreys
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Room 7200
Washington, DC 20530
(202) 514-3367
Fax: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

Eric R. Womack
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Room 7200
Washington, DC 20530
(202) 514-4020
Fax: (202) 616-8470
Email: eric.womack@usdoj.gov

Gregory Peter Dworkowitz
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Room 7200
Washington, DC 20530
(202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

Ian Heath Gershengorn
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 514-2331
Fax: (202) 514-8071
Email: ian.gershengorn@usdoj.gov

John Russell Tyler
U.S. DEPARTMENT OF JUSTICE
Civil Division

20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-2356
Fax: (202) 616-8470
Email: john.tyler@usdoj.gov

Kathleen Roberta Hartnett
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 514-2331
Fax: (202) 514-8071
Email: kathleen.r.hartnett@usdoj.gov

Luke M. Jones
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Room 7200
Washington, DC 20530
(202) 514-3770
Fax: (202) 616-8470
Email: luke.jones@usdoj.gov

Jay Alan Sekulow
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue NE
Washington, DC 20002
(202) 546-8890
Fax: (202) 546-9309
Email: sekulow@aclj.org

Sean H. Donahue
DONAHUE & GOLDBERG, LLP
2000 L Street, NW
Suite 808
Washington, DC 20036
(202) 277-7085
Email: sean@donahuegoldberg.com