IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA E. LYNCH, in her official capacity as Attorney General of the United States,[1]<br><br>    Defendant. | Case No. 1:12-cv-1332 (ABJ) |

**DEFENDANT'S NOTICE OF SUBSEQUENT DEVELOPMENTS**

In its Memorandum opposing Plaintiff's currently pending Motion to Compel, the Department noted that it had, following discussion between the parties at their December 8, 2014, meet-and-confer, undertaken a re-review of certain material withheld from the Committee as "unrelated." Def.'s Mem. in Opp'n to Pl.'s Mot. to Compel (ECF No. 104) ("Def.'s Compel Opp'n") at 25 n.10. The Department writes now to notify the Court that, since filing its Opposition, the Department has determined that a small amount of additional material withheld as "unrelated" was not included in that re-review. The Department has since re-reviewed these documents, and provided updates to the Committee as appropriate. *See* Letter from Gregory Dworkowitz to Kerry Kircher 1 (May 29, 2015) (attached hereto as Ex. A). The Department's

---

[1] The Amended Complaint identifies Eric H. Holder, Jr., Attorney General of the United States, as the defendant, sued in his official capacity. First Am. Compl. (ECF No. 35) ¶ 20. Mr. Holder is no longer the Attorney General of the United States; Loretta E. Lynch is now the Attorney General of the United States, and "is automatically substituted as a party." Fed. R. Civ. P. 25(d).

position remains that the Court should uphold the "unrelated" withholdings, for the reasons described in the Department's Opposition. *See* Def.'s Compel Opp'n at 25-27.

In addition, pursuant to this Court's Minute Orders of December 3, 2014, and December 9, 2014, the Department has previously provided to Chambers a copy of the detailed list describing its withholdings. *See* Notice of Filing of Privilege List (ECF No. 100). In light of the updates to the detailed list that have been made since that time, the Department will provide to Chambers the latest version of its detailed list.

Dated: May 29, 2015           Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Gregory Dworkowitz*
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 305-8576
Fax: (202) 616-8470
gregory.p.dworkowitz@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I caused a true and correct copy of the foregoing to be served on plaintiff's counsel electronically by means of the Court's ECF system.

                                                      */s/ Gregory Dworkowitz*
                                                      GREGORY DWORKOWITZ