## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-1332 (ABJ) |
| v. | ) | |
| | ) | |
| LORETTA E. LYNCH, in her official capacity as Attorney General of the United States, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that JOHN K. THEIS, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for defendant.  Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Dated: July 6, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ John K. Theis*
JOHN K. THEIS (IL Bar No. 6287528)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel. (202) 305-7632
Fax (202) 616-8460
Email: John.K.Theis@usdoj.gov


Counsel for Defendant

**CERTIFICATE OF FAMILIARITY**

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated: July 6, 2015                            */s/ John K. Theis*
                                               JOHN K. THEIS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2015, I caused a true and correct copy of the foregoing to

be served on plaintiff's counsel electronically by means of the Court's ECF system.

 */s/ John K. Theis*
JOHN K. THEIS