**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,

Plaintiff,

v.

LORETTA E. LYNCH, in her official capacity as Attorney General of the United States,

Defendant.

Case No. 1:12-cv-1332 (ABJ)

**NOTICE OF WITHDRAWAL**

Defendant hereby gives notice that Gregory Dworkowitz withdraws as counsel for the Defendant in the above-captioned action.

Dated: November 18, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

SARAH LEVINE
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Gregory Dworkowitz*
GREGORY DWORKOWITZ
(NY Bar No. 4796041)
JOHN K. THEIS
(IL Bar No. 6287528)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883

Washington, DC 20044
Tel. (202) 305-8576
Fax (202) 616-8460
Email: Gregory.p.dworkowitz@usdoj.gov

*Counsel for Defendant*