# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>LORETTA E. LYNCH,<br>in her official capacity as Attorney General of the United States, )<br><br>*Defendant*. ) | Case No. 1:12-cv-01332 (ABJ) |

## NOTICE OF APPEAL

On February 8, 2016, the District Court entered in this case two final judgments which appear to be identical. *See* Final Judgment (Feb. 8, 2016) (ECF No. 123) ("Final Judgment No. 1"); Final Judgment (Feb. 8, 2016) (ECF No. 124) ("Final Judgment No. 2"). Both final judgments provide, among other things, that:

> on or before April 8, 2016:
>
> Defendant shall, as specified in the Memorandum Opinion and Order dated January 19, 2016, produce to the Committee those documents responsive to the October 11, 2011 subpoena that concern the Department of Justice's response to congressional and media inquiries into Operation Fast and Furious which were withheld on deliberative process privilege grounds;
>
> Defendant shall produce document numbers 9087, 883, 6592, 6594, 7038, 7987, 8002, 9685, and 14768; and
>
> Defendant shall produce to plaintiff all segregable portions of any responsive records withheld in full or in part on the grounds that they contain attorney-client privileged material, attorney work product, private information, law enforcement sensitive material, or foreign policy sensitive material.

Final Judgment No. 1 at 3; Final Judgment No. 2 at 3.

Pursuant to Fed. R. App. P. 3, plaintiff Committee on Oversight and Government Reform of the United States House of Representatives ("Committee") now appeals to the United States Court of Appeals for the District of Columbia Circuit from all aspects of Final Judgment No. 1 and Final Judgment No. 2 that are adverse to the Committee, including, but not limited to, from the Order of August 20, 2014 (ECF No. 81); the Order of September 9, 2014 (ECF No. 88); and the Memorandum Opinion and Order of January 19, 2016 (ECF No. 117), which Orders are a part of and necessarily are incorporated, either explicitly or implicitly, in Final Judgment No. 1 and Final Judgment No. 2.  The statutory basis for this appeal includes 28 U.S.C. § 1291.[1]

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER (D.C. Bar No. 386816)
General Counsel
WILLIAM PITTARD (D.C. Bar No. 482949)
Deputy General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
Senior Assistant Counsel
ELENI M. ROUMEL (SC Bar No. 75763)
Assistant Counsel
ISAAC ROSENBERG (D.C. Bar No. 998900)
Assistant Counsel
KIMBERLY HAMM (D.C. Bar No. 1020989)
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202/225-9700 (phone); 202/226-1360 (fax)
Kerry.Kircher@mail.house.gov

*Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House Representatives*

April 8, 2016

---

[1] While the Committee's appeal is not contingent upon the Attorney General's non-compliance with Final Judgment No. 1 and/or Final Judgment No. 2, we note that, as of this late date, the Attorney General has neither produced to the Committee any of the documents she was ordered to produce, nor informed the Committee whether she intends to do so.

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2016, I electronically filed the foregoing Notice of Appeal via the CM/ECF system of the United States District Court for the District of Columbia, which I understand caused service on all registered parties.  I further certify that on April 8, 2016, I served one copy by electronic mail on:

> John R. Tyler, Assistant Branch Director
> Federal Programs Branch
> Civil Division
> U.S. Department of Justice
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530
> John.Tyler@usdoj.gov

*/s/ Kerry W. Kircher*
Kerry W. Kircher