# EXHIBIT C

# 3/15/13 Joint Status Report

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) ) | Case No. 1:12-cv-1332 (ABJ) |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) ) ) ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

**Plaintiff:** Since the parties' last Joint Status Report (Jan. 7, 2013) (ECF No. 32), the following communications concerning settlement have occurred:

- On January 18, 2013, the Department of Justice ("Department"), on behalf of Defendant Attorney General Eric H. Holder, Jr., sent a letter to litigation counsel for Plaintiff Committee on Oversight and Government Reform of the United States House of Representatives ("Committee") in response to the Committee's January 4, 2013 letter.

- On February 8, 2013, the Committee, through its counsel, delivered to the Department a nine-page signature-ready settlement document that contains a comprehensive set of terms upon which the Committee is prepared to resolve this matter, including a list of specific categories of documents the Committee requires to complete its investigation.

- On February 22, 2013, the Department responded with a one and one-half page letter.

- On March 4, 2013, counsel met in person to discuss the Committee's settlement document.

- On March 14, 2013, the Department delivered to the Committee an eight-page signature-ready settlement document.

In light of the Department's February 22, 2013 letter and statements it made at the March 4, 2013 meeting, the Department's March 14, 2013 settlement document is a grave disappointment to the Committee; the parties are very, very far apart. Indeed, they are not even conceptually on the same page. After nearly four months of negotiating in good faith, the Committee reluctantly has concluded – principally as a result of the Department's settlement document – that the Attorney General is not serious about settlement; that he is not motivated to compromise in a manner that will result in the delivery of useful documents to the Committee in the foreseeable future; that settlement simply is not possible – at least not at this time; and that further efforts along these lines would be a waste of everyone's time.[1]

The Committee disagrees with the Department that Court-ordered mediation is appropriate at this time. While the Committee has the utmost respect for Judge Rothstein, the events of the past four months have left the Committee with the firm conviction that the only result of mediation at this time will be further delay.

---

[1] Recent public statements by the Attorney General also suggest that he is not interested in compromise. *See* Chris Good, et al., *Eric Holder's Contempt for Contempt*, ABC News (Feb. 28, 2013), http://abcnews.go.com/blogs/politics/2013/02/eric-holders-contempt-for-contempt/ (quoting Attorney General: "'I have to tell you that for me to really be affected by what happened [being held in contempt of House, by vote of 255-67], I'd have to have respect for the people who voted in that way. . . . And I didn't, so it didn't have that huge an impact on me.'").

Accordingly, the Committee respectfully requests that the Court proceed with argument on the Department's motion to dismiss on April 24, 2013, as scheduled.

**Defendant:** Defendant disagrees with Plaintiff's characterization of the current status of settlement negotiations. Consistent with this Court's prior instructions, Defendant will not delve into the specific substance of the parties' confidential settlement offers. *See* Transcript of Status Conference of January 11, 2013, at 8. It is sufficient to state that Defendant provided a meaningful offer to the Committee to produce documents directly responsive to the Committee's identified outstanding interests. Defendant takes a different view from Plaintiff on the merits of continued negotiations and remains ready and willing to use the five weeks remaining until the scheduled hearing to engage substantively and productively with the Committee.

Defendant believes that remaining disagreements can be resolved through continued bilateral negotiations, and Defendant remains committed to the constitutionally-grounded process of accommodation, as set forth in Defendant's pending motion to dismiss, and to resolving this case without further litigation.

As a result, while Defendant continues to believe that the case is not justiciable, in order to facilitate possible settlement and to assist the parties in reaching a negotiated conclusion of this lawsuit, Defendant believes it appropriate at this time to accept the Court's offer of mediation before Judge Rothstein. Mediation would provide the parties a forum within which to frankly and confidentially present their respective positions before a neutral third party, who could then offer assistance on how to bridge the differences remaining between the parties. This process could thus accelerate the pace of negotiations by facilitating a dialogue between the parties. Defendant certainly believes that settlement negotiations should not be suspended at least until this separate option is explored.

Defendant thus respectfully requests that the Court refer the case to mediation before Judge Rothstein.

                Respectfully submitted,

                */s/ Kerry W. Kircher*
                KERRY W. KIRCHER, D.C. Bar # 386816
                General Counsel
                WILLIAM PITTARD, D.C. Bar # 482949
                Deputy General Counsel
                CHRISTINE DAVENPORT
                Senior Assistant Counsel
                TODD B. TATELMAN
                Assistant Counsel
                MARY BETH WALKER, D.C. Bar # 501033
                Assistant Counsel
                ELENI M. ROUMEL
                Assistant Counsel
                OFFICE OF GENERAL COUNSEL
                U.S. HOUSE OF REPRESENTATIVES
                219 Cannon House Office Building
                Washington, D.C.  20515
                Tel: (202) 225-9700
                Fax: (202) 226-1360

                *Counsel for Plaintiff Committee on Oversight and Government Reform, U.S. House of Representatives*

                STUART F. DELERY
                Principal Deputy Assistant Attorney General
                IAN HEATH GERSHENGORN
                Deputy Assistant Attorney General
                JOSEPH H. HUNT
                Director, Federal Programs Branch
                JOHN R. TYLER
                Assistant Branch Director
                */s/ John R. Tyler*

ERIC R. WOMACK
(IL Bar No. 6279517)
GREGORY DWORKOWITZ
(NY Bar Registration No. 4796041)
LUKE M. JONES
(VA Bar No. 75053)
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
Washington, D.C. 20001
Tel: (202) 514-4020
Fax: (202) 616-8470
eric.womack@usdoj.gov

*Counsel for Defendant Eric H. Holder, Jr., Attorney General*

March 15, 2013