# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff*,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,<br><br>    *Defendant*. | Case No. 1:12-cv-1332 (ABJ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), I, Eleni M. Roumel, currently listed as counsel for the Committee on Oversight & Government Reform of the U.S. House of Representatives ("Committee"), move to withdraw as counsel in this matter. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and electronic filing system. The Committee will continue to be represented by Thomas G. Hungar and Todd B. Tatelman, who have entered appearances in this matter.

              Respectfully submitted,

              */s/ Eleni M. Roumel*
              Eleni M. Roumel (N.Y. Bar No. 3978863)
              Assistant General Counsel

                                                OFFICE OF GENERAL COUNSEL
                                                U.S. HOUSE OF REPRESENTATIVES
                                                219 Cannon House Office Building
                                                Washington, D.C. 20515
                                                (202) 225-9700
                                                *Counsel for Plaintiff Committee on Oversight & Government Reform*

April 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I caused a true and correct copy of the foregoing to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

 */s/ Eleni M. Roumel*
Eleni M. Roumel