IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff*, v. JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States, *Defendant*. | Case No. 1:12-cv-01332 (ABJ) |

**JOINT NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff the Committee on Oversight and Government Reform of the U.S. House of Representatives and Defendant Jefferson B. Sessions III, in his official capacity as Attorney General of the United States (collectively, "the parties"), respectfully submit this joint notice of supplemental authority to bring to the Court's attention the recent order entered by the United States Court of Appeals for the District of Columbia Circuit in *United States House of Representatives v. Azar*, No. 16-5202 (D.C. Cir. May 16, 2018) (attached hereto as Exhibit A). That order granted a joint motion filed by the parties to that case seeking a remand to the district court for partial vacatur of the decision below in accordance with those parties' conditional settlement agreement and the district court's indicative ruling. The district court in *Azar* has implemented the D.C. Circuit's ruling by entering an order of partial vacatur in accordance with the parties' conditional settlement agreement. *See* Order, *United States House of Representatives v. Azar*, No.1:14-cv-01967-RMC (D.D.C. May 18, 2018) (ECF No. 88) (attached hereto as

1

Exhibit B). Those orders are relevant to this Court's consideration of the parties' Joint Motion for Indicative Ruling filed with this Court on March 7, 2018 (ECF No. 130), which seeks similar relief in this case in furtherance of the parties' conditional settlement agreement.

Respectfully submitted,

*/s/ Thomas G. Hungar*
Thomas G. Hungar, General Counsel
Todd Tatelman, Deputy General Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700
*Counsel for Plaintiff*


CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Virginia Bar No. 85519
Trial Attorney, U. S. Dept. of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
(202) 514-1944
Joseph.Borson@usdoj.gov
*Counsel for Defendant*

May 21, 2018

## CERTIFICATE OF SERVICE

I certify that on May 21, 2018, I caused the foregoing document to be filed through the court's CM/ECF system, which I understand caused it to be served on all registered parties.

> */s/ Thomas G. Hungar*
> Thomas G. Hungar