IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> MATTHEW WHITAKER, in his official capacity as Acting Attorney General of the United States, <br><br> *Defendant*. | Case No. 1:12-cv-01332 |

## NOTICE OF TERMINATION OF COUNSEL

Please take notice that attorneys Kerry W. Kircher, William B. Pittard, and Isaac B. Rosenberg are no longer associated with the Office of General Counsel for the U.S. House of Representatives ("Office of General Counsel") and should be removed from the case docket and electronic notification system for the above-captioned case. The Committee on Oversight and Government Reform of the U.S. House of Representatives continues to be represented by the Office of General Counsel through undersigned counsel Todd B. Tatelman, who has entered an appearance in this matter.

Respectfully submitted,

*/s/ Todd B. Tatelman*
TODD B. TATELMAN
Deputy General Counsel

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700

*Counsel for the Committee on Oversight and Government Reform of the U.S. House of Representatives*

January 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, I filed the foregoing Notice of Termination of Counsel via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused service on all registered parties.

                                                    */s/ Todd B. Tatelman*
                                                    Todd B. Tatelman