# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 16-5078**  **September Term, 2018**

**1:12-cv-01332-ABJ**

**Filed On:** May 14, 2019

Committee on Oversight and Government Reform, United States House of Representatives,

    Appellant

    v.

William P. Barr, in his official capacity as Attorney General of the United States,

    Appellee

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal of its appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Laura Chipley
    Deputy Clerk